# SCREAMING ENERGY



Energy Products    Best Supplements    Energy Brands

Energy Drinks / VPX Redline Xtreme Triple Berry

Tweet   0     Like    Send    Be the first of your friends to like this.

## VPX Redline Xtreme Triple Berry



Energy      Taste      Price

**Where can I buy VPX Redline Xtreme Triple Berry?** Dick's Sporting Goods in North Carolina
**How much does VPX Redline Xtreme Triple Berry cost?** $2.00

### What's in VPX Redline Xtreme Triple Berry?

VPX Redline Xtreme Triple Berry contains 2 (4fl oz/120ml) servings which each contains mg/% USRDA (whichever is available, or both, if listed) of the following: Calories 0, sodium 10mg/0%, calcium 2mg/0%, magnesium 2.5mg/1%, potassium 26mg/1%. Then there's the 732mg proprietary blend (158mg of which is caffeine, the rest is undisclosed): Beta-Alanine, Caffeine Anhydrous 158mg, B-phenylethylamine, L-leucine, L-valine, L-isoleucine, n-acetyl-l-tyrosine, toothed clubmoss, yohimbe, n-methyl Tyramine, Yerba Mate Extract, Evodia, Sulbutiamine, Vinpocetine, 5-HTP.

**Nutritional Information**
*Incomplete
Size: 8.0 FL OZ
Servings: 2.0

| | |
|---|---|
| Calories | 0 |
| Carbohydrates | 0 |
| Sodium | 10 |

## Jason's Review



We've previously reviewed two VPX Meltdown products, both videos have received numerous dislikes, confirmation that we're doing a good job. This is our first VPX Redline review, and perhaps we shouldn't have skipped the beginner level and gone straight to Xtreme. Before you call me a pantywaist, which I invite you to do in the comments, when you dislike this video, I've sampled around 600 energy products, and at one point was adding 200mg of powdered caffeine to a glass to sweet tea. That being said, every warning on this bottle should be heeded. I drank half the bottle, which VPX recommends. Within about an hour, Redline Xtreme hit me like a case of the flu. I felt lightheaded, moderately nauseous, and my skin was irritated and itchy (specifically my ears, face and neck area). It's possible I was having a mild allergic reaction to something in VPX Redline, but I can't discredit that I felt these sensations, albeit briefly when I reviewed Meltdown, but went on to enjoy the product. The difference here, being that the energy never showed up, at least enough to overpower the negative effects.

VPX Redline is non-carbonated, and like Meltdown, it tastes pretty good. It's a mild flavor, and served chilled, it goes down pretty smoothly. This is unfortunate, since, as discussed, you should sincerely throttle your intake.

I acquired a 4-pack of Redline Xtreme at Dick's Sporting Goods for $8. $1 a serving seems like a reasonable price, assuming this works for someone, and doesn't just make everyone feel like they've contracted the T-virus. Unfortunately for me, VPX Redline is $8 for a single serving, plus the cost of an entire day of feeling like I had a hangover, which I'd say is at least another $8.

Raspberry Ketones Warning
ConsumersGuides.com
We Tried Them All, Here's The Only One We Recommend.

## Guests's Review

So, I look up VPX products on Youtube, and there are all these cute girls with their jubblies mashed out like Xtina on "The Voice", working out, doing photo shoots and holding up the product for the camera. Some were apparently audition tapes, which made me sad for the people in the videos, they might as well have been holding up a bottle of "desperation", and wearing an "I need attention" sports bra. On second thought, the amount of cleavage visible said it all. Anyway, moral of that story, no amount of busty women in gyms explains what the heck "toothed clubmoss" is, and why it's in my drink.



**QuickBooks**
Organize Your Small Business Finances

- Easy invoicing
- Track sales & expenses
- Complete records at tax time

**Try It Free**

30 Day Free Trial!

intuit



Most Popular Energy Drinks

5-Hour Energy

5-Hour Energy Extra Strength

DynaPep Energy Micro-Shot

Korean Ginseng Drink

M-150

Monster Ubermonster Energy Brew

Monster Zero Ultra

Original Full Throttle

Original Rockstar

Red Bull

Steven Seagal's Lightning Bolt Asian Experience Energy Drink

Wat-aah! Energy Oxygenated Water




Top Diabetic Energy Drinks    10 Good but Rare Energy Drinks




Do Energy Drinks Kill?    Starting an Energy Drink : Name Selection

MIRABELLA.VPX P 11

Seriously, if you handed me this label, independent of any product, and asked me if it was a drink formula, or a recipe for plastic explosives, I'd have to use my lifeline to call Uncle Lefty. Things wouldn't improve a great deal if you let me read the warning label. I've read erectile dysfunction ads in magazines with fewer warnings, apparently, the only thing more dangerous than VPX REDLINE XTREME is Rogaine (which is not to be TOUCHED by women who are pregnant, or may become pregnant. Seriously, don't TOUCH IT? What's in there?!?).

Lastly, having drank a minimal serving of VPX REDLINE XTREME, I can say with some confidence, that I seriously doubt any of those women consume more than a teaspoon of this a day. If I drank a whole bottle of REDLINE XTREME, I feel confident I'd be curled up in the fetal position, shaking involuntarily, cold and sweating, until it mercifully chose to exit my body through either explosive diarrhea or projectile vomiting. VPX REDLINE XTREME makes me feel like I've taken cold medicine, not an energy drink. I experienced no positive effects. The only upside was that it tastes sweet with a mild berry flavor.

I'm only not giving this a 1 for value, because apparently purchasing them individually is usually $3, making it a worse value than buying it for $2.

**VPX Redline Xtreme Triple Berry can or bottle design and textual information**
This bottle is the "Limited Edition" version of VPX Redline Xtreme Triple Berry. I know it's going directly in my collector case. I have no idea how the "Unlimited Version" compares, but here's what's on this bottle, there's a checkered flag around the top, which goes along with the racing theme and race VPX Redline race car pictured in the bottom left. In the checkered flag area, "Triple Berry Artificially Flavored", then in an awkward blue rectangle, "New BCCA'S plus Electrolytes", then in a oval, that appears to be filled with berries, "VPX". Vertically oriented are the text, "Limited Edition", as previously discussed, "REDLINE" in super big letters, "Xtreme" in some script font. Also, "Ultimate Energy Rush!" Beside this, you'll find the "Drink regulate gauge", which will show you where exactly half the bottle is. They are clear to say, "Contains 2 Servings", "Drink Half Bottle Only", "One Serving 4 oz. mark", "Caution Read label before drinking". Again, on the back, "Contains 2 servings". So, to be clear, VPX Redline Xtreme contains 2 servings. Of course, they had to change the wording on the short novel about warnings, so we have to retype it.

RECOMMENDED USE: Shake well. Always begin use with one-quarter bottle (2 ounces) of REDLINE XTREME daily to assess tolerance. Never Exceed more than 4 ounces per serving or more than one bottle daily.

WARNING: NOT FOR USE BY INDIVIDUALS UNDER THE AGE OF 18 YEARS. DO NOT USED IF PREGNANT OR CONTEMPLATING BECOMING PREGNANT. Do not use if you have high blood pressure, or heart problems. Consult a physician or licensed qualified health care professional before using this product if you have, or have a family history of heart disease, thyroid condition, glaucoma, difficulty urinating, prostate enlargement, or seizure disorder, or if you are using a monoamine oxidase inhibitor (MAOI) or any other dietary supplement, prescription drug, including but not limited to anti-depressants or birth control pills, or over-the-counter drug containing ephedrine, pseudophedrine, phenylpropanolamine (ingredients found in certain allergy, asthma, cough or cold, and weight control products). Use only as directed. Do not exceed recommended serving. Exceeding recommendes serving may cause adverse health effects. Discontinue use two weeks prior to surgery. Discontinue use and call a physician or licensed qualified health care professional immediately if you experience rapid heartbeat, dizziness, severe headache, shortness of breath, or other similar symptoms. Individuals who are sensitive to the effects of caffine or have a medical condition should consult a licensed health care professional before consuming this product. Do not use this product if you are more than 15 pounds overweight. The consumer assumes total liability if this product is used in a manner inconsistent with label guidelines. Do not use for weight reduction. Too much caffeine may cause nervousness, irritability, sleeplessness, and occasionally rapid heartbeat. One serving of REDLINE XTREME provides 158mg of caffeine which is less than two cups of coffee. KEEP OUT OF REACH OF CHILDREN.



## Consumer Reviews

Energy!@2012-12-10 16:21:12
Well, it makes me tingle and feel hot. If that's energy, and you want energy, I recommend you buy all the VPX Redline Xtreme ever made.

Chris Marek@2012-07-24 11:58:00
I love the taste, but even the recommended serving size is too much for normal use. I have drank Redline Xtreme up to 4 at a time and have lived, but had effects tantamount to a crack or crystal meth overdose. Regular energy drinks only from then on.

Shanna@2012-05-15 13:51:26
I find it odd that this drink got a bad review on here. I've been drinking redline on and off for acouple years now and it's the best energy drink I've ever had. It tastes good and works great. I would't recommend chugging it down. Instead take your time and enjoy the flavor and the gradual rush of energy you get. **Response by Jason: Not sure what's odd, it made me feel like I was having heroin withdrawal. I'd find it more odd if I gave it a great review. Additionally, is there some energy drink review conspiracy, where I gave both VPX Meltdown products high marks, but secretly and inexplicably despise Redline?**

Alec@2012-04-10 13:53:52
I heard that just one of any redline energy drinks can easily kill you. It is loaded with all kinds of stimulants that can cause strokes. It was rated the strongest energy drink in the world and was banned in the UK due to its health risks.

Disclaimer: Writers for Screaming Energy are not doctors, and none of this website should be taken as medical advice. All nutritional/product label information about energy drinks and products on this site were copied as accurately as possible, but are subject to error. **All information contained in this site should be considered our opinion.**

MIRABELLA.VPX P 12

9/17/13         Voice of the Victims: Beware of Red Line Energy Drink!

Case 0:12-cv-62086-WJZ   Document 49-5   Entered on FLSD Docket 04/18/2014   Page 3 of 27

Share    1    More    Next Blog»          Create Blog  Sign In

# Voice of the Victims

## Beware of Red Line Energy Drink!

I have copied below a post from my husband's blog detailing a frightening incident we had as a result of a family friend drinking a Red Line energy drink. This is a very dangerous concoction, so please avoid it and caution your friends and family!



A week ago last night, one of my friends drank an energy drink -- Red Line, manufactured by VPX Brands -- and spent the next 24 hours so sick that we were monitoring her carefully in anticipation of having to take her to the emergency room.

Her symptoms, which came on about two and a half hours after she drank a can of the brew, included chills, sweating, diarrhea and vomiting, vomiting, vomiting with deep, racking convulsions that were quite frightening to watch. Fortunately, they died down and she eventually returned to her normal, healthy self.

She is hardly alone in her reaction to this foul concoction. Here's Lynn commenting on HealthBoard message boards:
> I dont recommend it to anyone. Seriously, I am not a light weight when it comes to things that amp you. But this one, no, no, no! It made me immediately ill, shaky, chest pain beyond belief, I thought I was going to die. (sweating and chills, through [sic] up 3 times). 😄 Outrageous, I wonder how they were able to actually sell it to anybody.

> And, 10.5 hrs later???? Still sick and heart pounding out of control.

And here's the quick-typing Sleepy commenting on the site Tell Him Fred:
> I have a porblem with redlineenergy drink. i drank the whole can yesterday, after i drank the can about 4 hours later i started getting shakey, then i started to throw up, i couldnt keep food down, rapid heart rate followed. extreme sweating from my body getting overheated. then my left side muscles started to go cold and hurt, I was awake a good part of the night and it was worse than any illegal drug i have ever tried and I've been around. Do NOT drink this drink it is bad news and shouldn't be legal

And, if you want some "expert" opinion, here's a review from Energy Drink Reviews:
> Wow, this drink is some serious stuff. I mean about half the bottle is the warning label, and it is serious. this drink is INSANE. It says that you should not drink it unless you are over 18, which I would say is a good warning. This is the first drink that was to much for me. The bottle says warning potent. but I have had every energy drink I could find without a problem. This Redline, made me feel like I was tweaking out hard core. I felt like I was going to have a heart attack. I seriously mean I wasn't enjoying the quick happy buzz that you get from most energy drinks. This was a scary my body is going out of control hot

"Thank you for the "Voice of the Victims" films. The students really liked it, and it means so much to them to hear real stories and not watch a cheesy drama like so many other videos."
*a high school teacher.*



ORDER TODAY!

**The most powerful film about drugs of choice and choices about drugs.**



VoiceOfTheVictims.com
Click Here To Order

About Me

Beth

To learn more about my Voice of the Victims films, visit Voice of the Victims.

View my complete profile

**Video Bar**

MIRABELLA.VPX P 26













DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Joshua Eggnatz
1920 N. Commerce Parkway
Suite 1
Weston, FL  33326

**DEC - 3 2013**

Food and Drug Administration
Rockville MD  20857

F13-8424

Dear Mr. Eggnatz:

In response to your request of October 29, 2013   for adverse event reports involving Redline, Redline energy supplement, Redline energy drink, Readline energy, VPX, VPX Sports and Vital Pharmaceuticals.

__XX__ Enclosed are the records you requested.

_____ We have searched our files and find no responsive information.

_____ Your request is also being referred to one of our component offices.

_____ Certain material has been deleted from the records furnished to you because a preliminary review of the records indicated that the deleted information is not required to be publicly disclosed and that disclosure is not appropriate. FDA has taken this approach to facilitate the process of responding to you. If you dispute FDA's preliminary determination with respect to these records and would like FDA to reconsider any particular deletion, please let us know in writing at the following address: Food and Drug Administration, Division of Freedom of Information, 12420 Parklawn Drive, Room 1050 Rockville, MD 20850 within 30 days from the date of this letter. If we do not receive a response in that time period, we will consider the matter closed with respect to these records. If you do request further consideration and if the agency then formally denies your request for any or all of the previously-withheld information, you would have the right to appeal that decision. Any letter of denial will explain how to make this appeal.

The following charges for this request to date may be included in a monthly invoice:

Reproduction$__.20__  Search$_46.00_  Review$__0__   Other$__0__  Total:$_46.20_

THE ABOVE TOTAL MAY NOT REFLECT THE FINAL CHARGES FOR THIS REQUEST.
PLEASE DO NOT SEND PAYMENT UNLESS YOU RECEIVE AN INVOICE.

Sincerely yours,

FOI OFFICER
Executive Operations Staff
Center for Food Safety
and Applied Nutrition

Enclosure

MIRABELLA.VPX P 77

**CAERS Disclaimer**

FDA's Center for Food Safety and Applied Nutrition's (CFSAN's) Adverse Event Reporting System (CAERS) is a post-market surveillance system that collects adverse event reports and product complaints that are allegedly related to CFSAN-regulated products. These products include food, dietary supplements, infant formulas and cosmetics.

The mandatory and voluntary adverse event reports submitted to FDA vary in the quality and reliability of the information provided. Some information provided cannot be verified for accuracy of the symptoms(s), products(s), or ingredient(s). Furthermore, in many reports, the individuals have used or consumed other products, and these products may contain multiple ingredients, further complicating the evaluation of these reports.

There is no certainty that a mandatory or voluntary reported adverse event can be attributed to a particular product or ingredient. The number of adverse event reports in CAERS received by FDA and the adverse event report itself about a particular product only reflects information **AS REPORTED** and does not represent any conclusion by FDA regarding a causal relationship or association with the product or ingredient. Due to the continuous inclusion of new or updated information into CAERS, the reports released from CAERS containing adverse event data may change over time.

# FOI 13-8424

## CAERS Reports Allegedly Related to Redline

### Search Terms: Redline

The Center for Food Safety Adverse Event Reporting System (CAERS) is a post-market surveillance system that collects reports about events or problems that are allegedly related to CFSAN regulated products. In some reports, information in the reports cannot be verified for accuracy of the symptom(s), product(s), or ingredient(s). Furthermore, in many reports, individuals may have used other products, and many products contain multiple ingredients which further complicates the evaluation of adverse event reports.

There is no certainty that a reported adverse event can be attributed to a particular product or ingredient. The number of adverse event reports in CAERS received by FDA and the adverse event report itself about a particular product only reflects information AS REPORTED and does not represent any conclusion by FDA regarding a causal relationship or association with the product or ingredient. Due to the continuous inclusion of new or updated information into the CAERS system, reports released from CAERS containing adverse event data may change over time.

Each report received by CAERS regarding an individual that experiences an adverse event is assigned a unique report number (Report #).

^ Additional dates indicate receipt of additional materials on report.

| Report # | Received Date | Brand/Product Name | Symptoms | Outcomes |
|---|---|---|---|---|
| 75501 | 1/12/05 | VPX SPORTS REDLINE | PALPITATIONS, TREMOR, CONFUSIONAL STATE, HEADACHE, NAUSEA, MYALGIA, BLOOD PRESSURE INCREASED, INSOMNIA, CONFUSIONAL STATE, PALPITATIONS, TREMOR, BLOOD PRESSURE INCREASED, OVERDOSE | VISITED AN ER, HOSPITALIZATION |
| 80049 | 8/5/05 | REDLINE ENERGY DRINK | CHEST PAIN, HEART RATE INCREASED, ELECTROCARDIOGRAM ABNORMAL | HOSPITALIZATION, VISITED AN ER, VISITED A HEALTH CARE PROVIDER, LIFE THREATENING |
| 82117 | 11/22/05 | VPX REDLINE ENERGY DRINK | EMERGENCY CARE EXAMINATION, TACHYCARDIA, CHEST PAIN | VISITED AN ER, HOSPITALIZATION |
| 91244 | 2/12/07 | REDLINE | JAUNDICE, BLOOD ALKALINE PHOSPHATASE INCREASED, ASPARTATE AMINOTRANSFERASE INCREASED, BLOOD CREATINE PHOSPHOKINASE MB ABNORMAL, HEPATIC ENZYME INCREASED, CHOLESTASIS, ALANINE AMINOTRANSFERASE INCREASED, BLOOD BILIRUBIN INCREASED, INTERNATIONAL NORMALISED RATIO DECREASED, BIOPSY LIVER | HOSPITALIZATION |
| 95864 | 8/28/07 | REDLINE RTD | MALAISE, HEART RATE INCREASED | HOSPITALIZATION |
| 97189 | 9/25/07 | REDLINE XTREME | HYPERTENSION, TACHYCARDIA, TREMOR, CHEST DISCOMFORT, URTICARIA | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), VISITED AN ER, VISITED A HEALTH CARE PROVIDER |
| 97190 | 10/10/07 | REDLINE XTREME | BURNING SENSATION, NAUSEA, RESTLESSNESS, FEELING OF BODY TEMPERATURE CHANGE, INSOMNIA, BLOOD POTASSIUM DECREASED | HOSPITALIZATION |
| 101671 | 3/27/08 | REDLINE XTREME | DEATH | VISITED AN ER, DEATH |
| 102732 | 4/25/08 | REDLINE ENERGY DRINK | BLOOD PRESSURE INCREASED, HEART RATE INCREASED | VISITED A HEALTH CARE PROVIDER, VISITED AN ER |
| 103349 | 6/19/08 | REDLINE POWER RUSH! 7-HOUR ENERGY BOOST - EXOTIC FRUIT | NAUSEA, HEART RATE INCREASED | VISITED A HEALTH CARE PROVIDER, SERIOUS INJURIES/ ILLNESS, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |

MIRABELLA.VPX P 79

| Report # | Received Date | Brand/Product Name | Symptoms | Outcomes |
|---|---|---|---|---|
| 105715 | 8/21/08 | VPX REDLINE GEL CAPS | BLOOD PRESSURE INCREASED, SUICIDE ATTEMPT | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), SERIOUS INJURIES/ ILLNESS, HOSPITALIZATION |
| 106530 | 9/22/08 | REDLINE GEL CAPS. | DIZZINESS, NAUSEA | HOSPITALIZATION, SERIOUS INJURIES/ ILLNESS, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 106725 | 8/21/08 | VPX REDLINE FAT BURNER | JAUNDICE, PRURITUS, ABDOMINAL PAIN UPPER, RENAL DISORDER, FATIGUE, HEPATOCELLULAR DAMAGE | HOSPITALIZATION |
| 107587 | 10/31/08 | REDLINE 8 OZ RTD | NAUSEA, CHILLS, INFLUENZA LIKE ILLNESS | VISITED AN ER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 108541^ | 12/8/08 | REDLINE | MALAISE, HEART RATE INCREASED, COLD SWEAT, ANXIETY, VOMITING, NAUSEA, CHEST PAIN, HYPOAESTHESIA, HEART RATE ABNORMAL | LIFE THREATENING, SERIOUS INJURIES/ ILLNESS, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| | 12/15/08 | REDLINE | MALAISE, HEART RATE INCREASED, COLD SWEAT, ANXIETY, VOMITING, NAUSEA, CHEST PAIN, HYPOAESTHESIA, HEART RATE ABNORMAL | LIFE THREATENING, SERIOUS INJURIES/ ILLNESS, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 108546 | 12/15/08 | VPX REDLINE | NAUSEA, VOMITING, HEART RATE INCREASED, COLD SWEAT, PARAESTHESIA | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 110462 | 2/24/09 | REDLINE XTREME GRAPE | HEART RATE INCREASED, VOMITING, RENAL DISORDER | HOSPITALIZATION, SERIOUS INJURIES/ ILLNESS, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 111746 | 4/3/09 | REDLINE 240ML | BLOOD PRESSURE INCREASED, MALAISE | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS), VISITED AN ER, SERIOUS INJURIES/ ILLNESS |
| 128846 | 8/6/10 | REDLINE | BLOOD PRESSURE INCREASED, PALPITATIONS, PARANOIA, ANXIETY, HEART RATE INCREASED | NON-SERIOUS INJURIES/ ILLNESS |
| 132291 | 11/10/10 | REDLINE 8 OZ RED TRIPLE BERRY | CONVULSION | HOSPITALIZATION |
| 138006 | 4/18/11 | REDLINE ULTRA HARDCORE | LABORATORY TEST ABNORMAL | VISITED A HEALTH CARE PROVIDER, OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 138519 | 4/28/11 | REDLINE 8OZ RTD | PRESYNCOPE | REQ. INTERVENTION TO PRVNT PERM. IMPRMNT. |
| 139105 | 5/11/11 | REDLINE ULTRA HARDCORE | URINE AMPHETAMINE POSITIVE | OTHER SERIOUS (IMPORTANT MEDICAL EVENTS) |
| 142619 | 8/19/11 | REDLINE 8 OZ RTD TRIPLE BERRY | HEART RATE INCREASED, BLOOD PRESSURE INCREASED | VISITED AN ER, HOSPITALIZATION |
| 155296 | 8/9/12 | REDLINE EXTREME 8 OZ WATERMELON | BLOOD PRESSURE INCREASED, NAUSEA, ASTHENIA, HYPERSENSITIVITY, HEART RATE INCREASED | VISITED A HEALTH CARE PROVIDER |
| 155729 | 8/22/12 | XTREME REDLINE WATERMELON | HEART RATE INCREASED | VISITED AN ER |
| 160092 | 12/13/12 | REDLINE ENERGY DRINK | CEREBROVASCULAR ACCIDENT | HOSPITALIZATION |

MIRABELLA.VPX P 80

 

Search                    More eHow

Health Topics A-Z    Healthy Living    Featured Conditions

Featured: *DIY Home* | *Tax Time* | *New Year New You* | *Pawsitive Change*

eHow » Health » Public Health & Safety » Food Safety » Bad Effects of Redline Energy Drinks


Brown Rice with
the Taste Families Love
GET RECIPE

# Bad Effects of Redline Energy Drinks

By Eri Luxton, eHow Contributor

Like    Share ⟨75⟩    Tweet ⟨0⟩    Share

  Intro



VPX Redline energy drinks have been linked
to a wide range of chemicals.
(Photo: Michał Różewski/iStock/Getty Images)

VPX Redline energy drinks contain a wide
range of chemicals, some commonly known
and some less widely used. However, many
of them can be dangerous in large amounts.
Bad effects have been reported by a number
of users, and a few hospitalizations have
been linked to it.

Sponsored Links

**Nicotine Withdrawl Signs**
Learn More & Discover An Rx Option That
May Help You Quit Smoking.
www.pfizer.com/SmokingCessation


QuickBooks.    intuit
Organize your
small business
finances
✓ Easy invoicing
✓ Track sales
  & expenses
✓ Complete
  records at
  tax time
FREE 30-DAY TRIAL
TRY IT FREE ›

## Related Articles & Videos

  How to Make an Energy Drink

  Side Effects of Red Bull Energy Drink

## More Like This


Emotional Effects of Energy Drinks


The Effects of Drinking Clorox


Nutritional Facts About Redline Energy Drink


Short-Term Dangers of Energy Drinks


What Is Red Line Weight Loss?


Negative Effects of Monster Energy Drinks


Monster Energy Drink Effects


Side Effects of Energy Drinks

## Featured

## Others Also Viewed

Side Effects of Energy Drinks

MIRABELLA.VPX P 81

Case 0:12-cv-62086-WJZ   Document 49-5   Entered on FLSD Docket 04/18/2014   Page 15 of 27







What Is Red Line Weight Loss?

How to Educate Kids About Energy Drinks

Monster Energy Drink Effects

Long-Term Effects of Energy Drinks

How to Stay Healthy While Flying

10 Immune System-Boosting Foods for Winter

3 Easy Ways to Fend Off Cold and Flu

Search

About eHow    eHow Blog    How to by Topic    How to Videos    Sitemap

© 1999-2014 Demand Media, Inc.
The material appearing on eHow.com and eHow.co.uk is for educational use only.
It should not be used as a substitute for professional medical advice, diagnosis or treatment.
Use of this web site constitutes acceptance of the eHow Terms of Use and Privacy Policy. Report Copyright. [> Ad Choices en-US

LIVESTRONG.COM   eHow   Health
A Demand Media Property

MIRABELLA.VPX P 82



More eHow

Search

Health Topics A-Z     Healthy Living     Featured Conditions

Featured:  *DIY Home* | *Tax Time* | *New Year New You* | *Pawsitive Change*



eHow » Health » Public Health & Safety » Food Safety » Bad Effects of Redline Energy Drinks

# Bad Effects of Redline Energy Drinks

By Eri Luxton, eHow Contributor

Like   Share ⟨75⟩  |  Tweet ⟨0⟩   Share

◢  1 of 5

## Ingredients



Redline energy drinks contain ingredients that
many athletes and people trying to lose weight
use.
(Photo: kzenon/iStock/Getty Images)

Redline energy drinks contain caffeine,
5-HTP and a blend of amino acids and herbs,
such as vinpocetine, cAMP, n-acetyl-
tyrosine, yohimbine, evodiamine, green tea
and yerba mate. Bodybuilders and people
trying to lose weight use a number of these
chemicals. Some elevate heart rate, while
some have effects on neurotransmitters.
Others have less well-known effects and have
not been tested extensively as human
supplements.

Sponsored Links

**Nicotine Withdrawl Signs**
Learn More & Discover An Rx Option
That May Help You Quit Smoking.
www.pfizer.com/SmokingCessation



▷|×|
When a
hospital is at
the forefront
of medicine,
*it's better.*
Better. For you.



MARTIN HEALTH SYSTEM
TRADITION MEDICAL CENTER NOW OPEN

## Related Articles & Videos

How to Make an Energy Drink

Side Effects of Red Bull Energy Drink

## More Like This



Emotional Effects of Energy
Drinks



The Effects of Drinking Clorox



Nutritional Facts About Redline
Energy Drink



Short-Term Dangers of Energy
Drinks



What Is Red Line Weight Loss?



Negative Effects of Monster
Energy Drinks



Monster Energy Drink Effects



Side Effects of Energy Drinks

MIRABELLA.VPX P 83

## Featured



How to Stay Healthy While Flying



10 Immune System-Boosting Foods for Winter



3 Easy Ways to Fend Off Cold and Flu

## Others Also Viewed

Side Effects of Energy Drinks

What Is Red Line Weight Loss?

How to Educate Kids About Energy Drinks

Monster Energy Drink Effects

Long-Term Effects of Energy Drinks

Search

About eHow     eHow Blog     How to by Topic     How to Videos     Sitemap

© 1999-2014 Demand Media, Inc.

The material appearing on eHow.com and eHow.co.uk is for educational use only.

It should not be used as a substitute for professional medical advice, diagnosis or treatment.

Use of this web site constitutes acceptance of the eHow Terms of Use and Privacy Policy. Report Copyright. [> Ad Choices en-US

LIVESTRONG.COM   eHow   Health
A Demand Media Property

MIRABELLA.VPX P 84

Case 0:12-cv-62086-WJZ   Document 49-5   Entered on FLSD Docket 04/18/2014   Page 18 of 27



Search                                              More eHow

**Health Topics A-Z**   **Healthy Living**   **Featured Conditions**

Featured:  *DIY Home* | *Tax Time* | *New Year New You* | *Pawsitive Change*

eHow » Health » Public Health & Safety » Food Safety » Bad Effects of Redline Energy Drinks

# Bad Effects of Redline Energy Drinks

By Eri Luxton, eHow Contributor

Like   Share  75   Tweet  0   Share

2 of 5

## Caffeine Effects



Multiple people have been hospitalized due to caffeine overdose from just one bottle.
(Photo: Dobromil Nosek/iStock/Getty Images)

Redline energy drinks have 250 mg of caffeine, a level equivalent to two-and-a-half cups of coffee. In addition, they contain yerba mate and green tea extract, which add to the caffeine content. Because VPX has not labeled the amounts of these herbal extracts in their blend, the full caffeine total is not known. While caffeine may seem commonplace, it remains a serious drug and a narrow margin separates safe and unsafe doses.

According to a February 2007 article in the Sacramento Bee, multiple people have ingested a single can of Redline energy drinks and ended up in the hospital with a caffeine overdose, which can cause dizziness, trembling and such cardiovascular effects as increased heart rate and blood pressure, and even chest pain.

Sponsored Links

**Nicotine Withdrawl Signs**
Learn More & Discover An Rx Option That May Help You Quit Smoking.
www.pfizer.com/SmokingCessation



**99 cents** of every dollar received funds

**breast cancer research**

DONATE TODAY

DEMAND TODAY

## Related Articles & Videos

  How to Make an Energy Drink

  Side Effects of Red Bull Energy Drink

## More Like This



Emotional Effects of Energy Drinks



The Effects of Drinking Clorox



Nutritional Facts About Redline Energy Drink



Short-Term Dangers of Energy Drinks

MIRABELLA.VPX P 85

Case 0:12-cv-62086-WJZ   Document 49-5   Entered on FLSD Docket 04/18/2014   Page 19 of 27


What Is Red Line Weight Loss?


Negative Effects of Monster Energy Drinks


Monster Energy Drink Effects


Side Effects of Energy Drinks

## Featured


How to Stay Healthy While Flying


10 Immune System-Boosting Foods for Winter


3 Easy Ways to Fend Off Cold and Flu

## Others Also Viewed

Side Effects of Energy Drinks

What Is Red Line Weight Loss?

How to Educate Kids About Energy Drinks

Monster Energy Drink Effects

Long-Term Effects of Energy Drinks

Search

About eHow     eHow Blog     How to by Topic     How to Videos     Sitemap

© 1999-2014 Demand Media, Inc.

The material appearing on eHow.com and eHow.co.uk is for educational use only.
It should not be used as a substitute for professional medical advice, diagnosis or treatment.
Use of this web site constitutes acceptance of the eHow Terms of Use and Privacy Policy. Report Copyright. ⊳ Ad Choices en-US

LIVESTRONG.COM  eHow  Health
A Demand Media Property

MIRABELLA.VPX P 86

Case 0:12-cv-62086-WJZ   Document 49-5   Entered on FLSD Docket 04/18/2014   Page 20 of 27


eHow

Search                                        More eHow

Health Topics A-Z     Healthy Living     Featured Conditions

Featured:  *DIY Home* | *Tax Time* | *New Year New You* | *Pawsitive Change*

eHow » Health » Public Health & Safety » Food Safety » Bad Effects of Redline Energy Drinks

# Bad Effects of Redline Energy Drinks

By Eri Luxton, eHow Contributor

Like    Share  ⟨ 75 ⟩    Tweet  0    Share

◢
3 of 5

### 5-HTP and Serotonin Syndrome



Be cautious about overdosing on 5-HTP
(Photo: hero30/iStock/Getty Images)

5-HTP transforms into serotonin in the body and brain. Users are advised to be cautious with it because an overdose of 5-HTP, or the dangerous combination of 5-HTP and antidepressants, can cause serotonin syndrome, basically a toxic overload of this vital neurotransmitter. Researchers at Florida Atlantic University performed a study in which they induced this syndrome by giving 5-HTP to rats, and published it in the European Journal of Pharmacology in 2008. These researchers observed tremors and changes in body temperature.
In an incident reported by BevNet News in 2008, adolescents experienced sweating as a side effect of Redline energy drinks. This could indicate either caffeine overdose or serotonin syndrome.

Sponsored Links

**Nicotine Withdrawl Signs**
Learn More & Discover An Rx Option That May Help You Quit Smoking.
www.pfizer.com/SmokingCessation


*Cure 4* LUNG CANCER

*Imagine a world without Lung Cancer...* **We Do!**
*99¢ of every dollar received funds cancer research*



DEMAND CURES **TODAY**

## Related Articles & Videos

How to Make an Energy Drink

Side Effects of Red Bull Energy Drink

---

## More Like This


Emotional Effects of Energy Drinks


The Effects of Drinking Clorox


Nutritional Facts About Redline Energy Drink


Short-Term Dangers of Energy Drinks

MIRABELLA.VPX P 87

Case 0:12-cv-62086-WJZ   Document 49-5   Entered on FLSD Docket 04/18/2014   Page 21 of 27






What Is Red Line Weight Loss?   Negative Effects of Monster Energy Drinks   Monster Energy Drink Effects   Side Effects of Energy Drinks

## Featured





How to Stay Healthy While Flying   10 Immune System-Boosting Foods for Winter   3 Easy Ways to Fend Off Cold and Flu

## Others Also Viewed

Side Effects of Energy Drinks

What Is Red Line Weight Loss?

How to Educate Kids About Energy Drinks

Monster Energy Drink Effects

Long-Term Effects of Energy Drinks

**Search**

About eHow     eHow Blog     How to by Topic     How to Videos     Sitemap

© 1999-2014 Demand Media, Inc.

The material appearing on eHow.com and eHow.co.uk is for educational use only.

It should not be used as a substitute for professional medical advice, diagnosis or treatment.

Use of this web site constitutes acceptance of the eHow Terms of Use and Privacy Policy. Report Copyright. Ad Choices en-US

LIVESTRONG.COM   eHow   Health

MIRABELLA.VPX P 88

eHOW

Search

More eHow

Health Topics A-Z      Healthy Living      Featured Conditions

Featured:  DIY Home | Tax Time | New Year New You | Pawsitive Change


AIU MILESTONE GRANT    SAVE up to $1,359 on Your Degree
GET YOUR FIRST CLASS FREE   LEARN MORE   AMERICAN INTERCONTINENTAL UNIVERSITY

eHow » Health » Public Health & Safety » Food Safety » Bad Effects of Redline Energy Drinks

# Bad Effects of Redline Energy Drinks

By Eri Luxton, eHow Contributor

Like     Share  75    Tweet  0     Share

◢     4 of 5

## Lesser-Known Ingredients


There many untested ingredients in these drinks.
(Photo: KatarzynaBialasiewicz/iStock/Getty Images)

Cyclic adenosine monophosphate, or cAMP, is a cellular messenger. It has not been tested extensively as a human supplement, and neither have evodiamine or vinpocetine. Tyrosine, an amino acid, occurs naturally in many foods.

Because yohimbine, another ingredient in Redline energy drinks, acts on the same receptor cells as 5-HTP, the combination may increase the likelihood of serotonin syndrome. Yohimbine also acts as a stimulant and can increase heart rate as much as caffeine can.

Sponsored Links

**Thinking About Quitting?**
Learn About A Rx Option That May Help You Quit Smoking Cigarettes.
www.pfizer.com/SmokingCessation


99 cents of every dollar received funds

breast cancer research

DONATE TODAY

PENNIES TODAY

### Related Articles & Videos


How to Make an Energy Drink


Side Effects of Red Bull Energy Drink

## More Like This


Emotional Effects of Energy Drinks


What Is Red Line Weight Loss?


The Effects of Drinking Clorox


Nutritional Facts About Redline Energy Drink


Monster Energy Drink Effects


Short-Term Dangers of Energy Drinks


Side Effects of Energy Drinks

MIRABELLA.VPX P 89

Case 0:12-cv-62086-WJZ   Document 49-5   Entered on FLSD Docket 04/18/2014   Page 23 of 27



Negative Effects of Monster
Energy Drinks

## Featured



How to Stay Healthy While
Flying



10 Immune System-
Boosting Foods for Winter



3 Easy Ways to Fend Off
Cold and Flu

## Others Also Viewed

Side Effects of Energy Drinks

What Is Red Line Weight Loss?

How to Educate Kids About Energy
Drinks

Monster Energy Drink Effects

Long-Term Effects of Energy
Drinks

Search

About eHow    eHow Blog    How to by Topic    How to Videos    Sitemap

© 1999-2014 Demand Media, Inc.
The material appearing on eHow.com and eHow.co.uk is for educational use only.
It should not be used as a substitute for professional medical advice, diagnosis or treatment.
Use of this web site constitutes acceptance of the eHow Terms of Use and Privacy Policy. Report Copyright. [> Ad Choices en-US

L I V E S T R O N G .COM   eHow   Health

MIRABELLA.VPX P 90

Case 0:12-cv-62086-WJZ   Document 49-3   Entered on FLSD Docket 04/18/2014   Page 24 of 27

eHOW

Health Topics A-Z     Healthy Living     Featured Conditions

Search

More eHow

Featured: *DIY Home* | *Tax Time* | *New Year New You* | *Pawsitive Change*

eHow » Health » Public Health & Safety » Food Safety » Bad Effects of Redline Energy Drinks

# Bad Effects of Redline Energy Drinks

By Eri Luxton, eHow Contributor

Like    Share  < 75    Tweet   0    Share

5 of 5

## Incidents



Hospitalizations and fatalities have been linked to this drink.
(Photo: Thomas Northcut/Digital Vision/Getty Images)

Hospitalizations and fatalities have been linked to Redline energy drinks, and the VPX company has advised retailers not to sell these beverages to people under the age of 18, according to an article from BevNet News. Most of the hospitalizations, such as those reported by the Sacramento Bee, have been caused by caffeine overdose. Because of the poorly understood combination of ingredients and the high caffeine content, approach these drinks with great caution.

Sponsored Links

**Ready To Quit Smoking?**
Learn About A Non-Nicotine Rx Pill That May Help You Quit Smoking.
www.pfizer.com/SmokingCessation


UPHOLSTERY SALE
20% OFF ALL
PB COMFORT &
SELECT PEARCE
SOFAS & SECTIONALS
SHOP NOW ›

### Related Articles & Videos


How to Make an Energy Drink


Side Effects of Red Bull Energy Drink

## More Like This


Emotional Effects of Energy Drinks


The Effects of Drinking Clorox


Nutritional Facts About Redline Energy Drink


Short-Term Dangers of Energy Drinks


What Is Red Line Weight Loss?


Negative Effects of Monster Energy Drinks


Monster Energy Drink Effects


Side Effects of Energy Drinks

MIRABELLA.VPX P 91

Case 0:12-cv-62086-WJZ  Document 49-5  Entered on FLSD Docket 04/18/2014  Page 25 of 27

## Featured



How to Stay Healthy While Flying



10 Immune System-Boosting Foods for Winter



3 Easy Ways to Fend Off Cold and Flu

## Others Also Viewed

Side Effects of Energy Drinks

What Is Red Line Weight Loss?

How to Educate Kids About Energy Drinks

Monster Energy Drink Effects

Long-Term Effects of Energy Drinks

Search

About eHow    eHow Blog    How to by Topic    How to Videos    Sitemap

© 1999-2014 Demand Media, Inc.

The material appearing on eHow.com and eHow.co.uk is for educational use only.
It should not be used as a substitute for professional medical advice, diagnosis or treatment.
Use of this web site constitutes acceptance of the eHow Terms of Use and Privacy Policy. Report Copyright. [> Ad Choices en-US

LIVESTRONG.COM  eHow    Health

MIRABELLA.VPX P 92

NEWS   REVIEWS   VIDEOS   EVENTS   JOBS   MAGAZINE   BEVNET FBU   MORE

THE BEVERAGE INDUSTRY'S SOURCE     Sign In  Register  Advertise  Subscribe  Submit  About Us



Home » News » Redline offers school district $25,000 after four students drink the product and fall ill

Have news? Have a new product?  **Tell us**

# Redline offers school district $25,000 after four students drink the product and fall ill

Matt Casey | March 13, 2008 1:08 pm

Tweet  0    Share   8+1  0    Like  0

## BY MATT CASEY, BEVNET.COM STAFF WRITER

Redline caught some bad press Wednesday when four Florida eighth-graders went to the hospital after consuming the highly-caffeinated energy supplement.

Three separate new outlets – NBC 6 WTVJ in Miramar Fla., WPLG in Miami and the Miami Herald – reported that the 13 and 14-year old boys drank "sips" of Redline before a standardized test at middle school in Weston Fla.

Redline CEO and CSO Jack Owoc said "it is physiologically impossible for four 13 year old boys to all experience 'profuse sweating and racing hearts' on a few sips of Redline."

The company offers Redline in a number of forms, including a ready-to-drink version with about 250 mg of caffeine per 8 oz. bottle, and a concentrate form that contains 579 mg of a "proprietary blend" in each 5 ml serving. That blend includes caffeine, and the concentrate bottles, at 120 or 240 mls, contain 24 or 48 servings each.

Reports did not specify which Redline product the students drank - though WPLG's report mentioned a "small" bottle - but Mike Guadagno, regional sales manager for Redline, said the company knows for a fact that the students drank the energy drink. Owoc responded to the incident by pledging $25,000 to the school board to cover the administrative costs of implementing a ban on energy drinks, which are currently unrestricted within the school.

Red Line clearly labels their product as off-limits to people under 18 years old, warns consumers that their drink is very potent and to "carefully read label prior to drinking."

The full statement from Redline/VPX CEO and CSO Jack Owoc follows below:

Please be advised that as a former teacher in the Broward County School System and knowing the sensitive nature of any event involving children, I CEO of VPX/Redline regret and take this unpleasant incident very seriously. VPX/Redline® has been pushing to ban energy drink sales to minors and has, therefore, strongly suggested compliance to all Redline retailers to abide by our "18 years of age or older request". Consequently, all Redline labeling and packaging prominently state in all bold and capital letters "WARNING: NOT BY USE FOR INDIVIDUALS UNDER THE AGE OF 18." Redline also states on the screw off cap (so that nobody could possibly miss it) "Caution: read entire label before drinking." While selling energy drinks to minors is not against the law, many states are now considering adopting legislation that would prevent the sale of energy drinks containing more than 71 mgs. of caffeine to minors. We agree strongly with this proposed legislation, but further suggest that children should never drink energy drinks no matter what the level of caffeine. Energy drinks are made for adults only and children should derive enough energy from a healthy diet, daily exercise, and eight hours or more of sleep. Schools, with the assistance of parents, should teach and enforce this mind set and policy nationwide until it becomes law.

VPX/Redline is the first and only energy drink in the nation (to the best of my knowledge) to preemptively warn not to sell to children and to also warn pregnant persons not to consume caffeine which may be harmful to the health of the fetus. These warnings on energy drinks will soon become law and VPX/Redline is pioneering a new standard while legislation catches up to this relatively new challenge.

VPX/Redline would, therefore, sincerely request that the Broward County School Board work with us in setting a new standard to immediately ban all energy drinks from school nationwide. To make this a reality in the soonest and most efficient manner possible, VPX/Redline will donate $25,000 to the Broward County School Board to facilitate the administrative costs to initiate this new policy to ensure the safety and well being of children to be overseen by Dr. Joe Melita, Executive Director Professional Standards and Special Investigation Unit.

Highly concerned, ready and willing to do our part,



JUST TEA    SINCE 1971

# Nobody Knows Tea Like Templar

www.icedtea.com

800-8-TEMPLAR

**FEATURES**   NEWSWIRE   SPIRITS   BEER

IRI Survey Highlights Declines in Shopper Sentiment

Video: Beverage Intros, Rebrands and More at the 20...

Press Clips: Cold-Pressed Vending, a Few Takes on...

Little Miracles Strikes Brand Representation Deals

Review: INGO Mango

List Your Brand or Company in BevNET's 2014 Funct...

Cross Country Cops Team Up In Monster Investigation

VIEW ALL | SUBMIT NEWS

## UPCOMING EVENTS

 **BevNET Live Summer 2014**
New York, NY • May 14 - 15
Early Registration Open »

 **BevNET Live Winter 2014**
Santa Monica, CA • Dec 8 - 9
Register Now »

**CLASSIFIEDS**   FEATURED   NEW

Regional Account Manager - Big Cat Beverage

Custom Bottling - New West Coast Plant - Sonoma B...

Custom Mfg Dosing and Dispensing Caps /Patent Pr...

MIRABELLA.VPX P 93

NEWS    REVIEWS    VIDEOS    EVENTS    JOBS    Beverage Formulation Green & Organic Expertise
MAGAZINE    BEVNET FBU    MORE
Sales Representative - Laughing Glass Cocktails

Sign In   Register   Advertise   Subscribe   Submit   About Us
Private Label   Energy Shots & Drinks   Beverage Spe...

BevNET Food & Beverage University Save time & money. Get up to speed fast. BevNET FBU is the best way to learn about the food & beverage industries without leaving your desk.

Beverage Development and Ingredient Supply
VIEW ALL | POST AD



BEVERAGE INDUSTRY JOBS
Territory Sales Manager - Icelandic Glacial
Sales Representative - Laughing Glass Cocktails
Regional Sales Manager - Midwest - Madrina's Brand...
Regional Account Manager - Big Cat Beverage
General Sales Manager - Ale-8-One Bottling Company
VIEW ALL | POST A JOB | POST YOUR RESUME



©1996-2014 BevNET.com®, Inc. (legal terms)
About Us | Contact Us | Industry News | Beverage Jobs | Craft Beer News
BevNET FBU | BevNET Live | BevNET Magazine | Brewbound.com | Survey Software | Online Survey



