Store Locator | Sign In | Search | GO

HOME  SHOP  PRODUCTS  RESOURCES  VPX RADIO  NEWS & ARTICLES  MODELS  FORUM  OUR COMPANY

- Our Company
- Career Opportunities
- Become An Affiliate
- Team VPX
  - Beverage Sales Team
    - Gene Bukovi
    - Joe Huntowski
  - International Sales Team
  - Athletes
- Contact Us
- Website Feedback

# BEVERAGE TEAM

Send to A Friend

## MR. GENE S. BUKOVI JR.

**COMPANY:**
Employed with Vital Pharmaceuticals, Inc. (VPX Sports)
Since 1/20/2009

**TITLE:**
Vice President of Beverage Sales

**AWARDS:**
Mr. West Palm Beach Light Heavyweight and Overall 1988, Mr. San Francisco Heavyweight and Overall 2006

**EMAIL:**
geneb@vpxsports.com

**BIRTH PLACE/DATE:**
Mt. Clemens, MI - May 20, 1962

**CURRENT LOCATION:**
Norco, CA

**FAVORITE MOTTO:**
Try not to become a man of success but rather a man of value. (Albert Einstein)

**MEASUREMENTS:**
Height: 5' 11"
Weight: 250lbs

**BIOGRAPHY:**
Graduated from Florida Atlantic University BA in Chemistry and Biology

**INTERESTS:**
Training young athletes



Gene S. Bukovi







Store Locator   Sign In   Search   GO

HOME   SHOP   PRODUCTS   RESOURCES   VPX RADIO   NEWS & ARTICLES   MODELS   FORUM   OUR COMPANY

Our Company
Career Opportunities
Become An Affiliate
Team VPX
   Beverage Sales Team
      Gene Bukovi
      Joe Huntowski
   International Sales Team
   Athletes
Contact Us
Website Feedback

# BEVERAGE TEAM

Send to A Friend

## MR. JOE HUNTOWSKI

**NICKNAME:**
BMF

**COMPANY:**
Employed with Vital Pharmaceuticals, Inc. (VPX Sports)
Since 4/1/2009

**TITLE:**
Senior Beverage Manager

**CURRENTLY SERVICING:**
Northeast, Southeast and Midwest (31 States)

**EMAIL:**
joeh@vpxsports.com

**BIRTH PLACE/DATE**
Chicago, IL - July 17, 1975

**CURRENT LOCATION:**
Chicago, IL

**FAVORITE MOTTO:**
Learn from yesterday, live for today, hope for tomorrow.

**MEASUREMENTS:**
Height: 6' 5"
Weight: 320lbs



Joe Huntowski

Store Locator    Sign In    Search    GO

HOME   SHOP   PRODUCTS   RESOURCES   VPX RADIO   NEWS & ARTICLES   MODELS   FORUM   OUR COMPANY

Our Company
Career Opportunities
Become An Affiliate
Team VPX
   Beverage Sales Team
   International Sales Team
   Dave Wisdom
   Athletes
Contact Us
Website Feedback



# SALES TEAM

Send to A Friend

## MR. DAVE WISDOM

**COMPANY:**
Employed with Vital Pharmaceuticals, Inc. (VPX Sports)
Since 1/1/2009

**TITLE:**
Vice President of International Sales

**CURRENTLY SERVICING:**
International and National Distribution

**AWARDS:**
2001 NPC Nationals 5th Place

**EMAIL:**
davew@vpxsports.com

**CURRENT LOCATION:**
Fort Lauderdale, FL

**FAVORITE MOTTO:**
Always strive to make a difference

**MEASUREMENTS:**
Height: 5' 7"
Weight: 220lbs

**FAVORITE QUOTES:**
Always be thankful.



Dave Wisdom





Home  Products  Resources  News & Articles  Our Company  Become An Affiliate  Contact Us  VPX Shop
Store Locator | Privacy Policy | Terms of Use | Site Map | © 2006 - 2014 Vital Pharmaceuticals (VPX) All rights reserved.





**Fat Loss & Energy**

- Bang®
- Redline Ultra Hardcore®
- Liquid Clenbutrx® Hardcore
- REDLINE® Energy Drink RTD
- Meltdown®
- Meltdown® RTD
- REDLINE® Power Rush®
- REDLINE PRINCESS® Energy Drink
- REDLINE Xtreme® Energy Drink
- ThinFab®
- REDLINE Xtreme® Energy Shot
- MD2™ Meltdown®

**Muscle Building**

**Pre Workout**

**Post Workout / Recovery**

**Health And Support**

**Supplement Stacks**





## REDLINE Xtreme® Energy Drink



What happens when you combine the best world class supplement formulators from VPX with the best sports nutrition scientists in the Western Hemisphere? A super premium energy drink that rocks your opponent's world and gives you crisp focus, clean energy and razor sharp reaction – that's what! In fact, a recent university study discovered that Redline® produced significant improvements in reaction time, as well as enhanced feelings of energy and focus. In this investigation, twelve male athletes underwent two testing sessions. They consumed either four ounces of Placebo or four ounces of a Redline®. Keep in mind, that is half a bottle of Redline®. They found a significant difference in reaction time, energy and focus. This proves beyond a shadow of a doubt that Redline® has a ginormous benefit for sports such as baseball, football, mixed martial arts and many other sports. In fact, all sports require superb reaction time and this increase in performance is what wins games and makes champions. Redline Xtreme®, made for athletes, but effective for everybody. Imagine how far you can step your game up with Redline Xtreme®.

### UNIVERSITY RESEARCH PROVEN TO AMP YOUR PERFORMANCE

**Scientific Proof**

1. Hoffman JR, Kang J, Ratamess NA, Hoffman MW, Tranchina CP, Faigenbaum AD. Examination of a pre-exercise, high energy supplement on exercise performance. J Int Soc Sports Nutr. 2009;6:2.

**University Research Scientists Discovered that Redline Delivered:**

- A significant 7.5% improvement reaction time!
- A dramatic 13% increase in energy!
- An amazing 15% increase in focus!

Whether you're reacting to a 100 MPH pitch or a 120 MPH tennis serve, juking a player on the football field or delivering a knock-out ultimate fighting blow, reaction time is the key to a winning performance. Victory is determined in fractions of a second. So, use the power of Redline Xtreme® to give you a mind-blowing performance boost by increasing reaction time by 7.5%. To further insure victory, Redline Xtreme® dramatically enhances focus and energy. Winning isn't everything – it's the only thing. Choose Redline® to destroy your opponent and experience victory.



Redline Xtreme has 5 Awesome Flavors!

- Blue Razz®
- Lime
- Triple Berry
- Grape
- Watermelon

**VPX Caution:**

Read entire label before drinking. Contains two servings.

**Recommended Use:**
Shake well. Always begin use with one-quarter bottle (2 Ounces) of REDLINE Xtreme® daily to assess tolerance. Never exceed more than 4 ounces per serving or more than one bottle daily. Use the gauge on the bottle to find your ideal dose.

*These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease.

Click Here to view this product's warning statement!



4 Pack Watermelon

SKU: 0336
Weight: 4.00
Price: $14.76

Quantity: 

**Customers Who Bought This Product Also Bought**

Special Offer! | Special Offer!

REDLINE RTDs | REDLINE PRINCESS Energy Drink | Redline Power Rush | 4 Pack Black Pearl

**Product Ratings**

Product Rating: ☆☆☆☆☆(0.00)  # of Ratings: 0  (Only registered customers can rate)

There are no comments for this product.

Shop Home  Login / Account  Contact Us  Privacy Policy  Return Policy  Shipping Info  Terms of Use  Site Map
Copyright © (!COPYRIGHTYEARS!) (!SITENAME!). All rights reserved.

  PayPal  VISA 

 
VITAL PHARM...
CLICK 31.03.14 14:43 UTC

Login

Shopping Cart (2)

- New Items
- Muscle Building
- Swimwear
- Fat Loss and Energy
- Health & Support
- Stacks
- Specials
- Merchandise

You are currently viewing: **Checkout**

2 ADDRESS BOOK

**Returning Customers:**

If you already have an account, please sign in using your E-Mail address and password below.

**Email Address:**

**Password:**

**New Customers:**

Register Now For Additional Site Features:

- Remember your cart for next time
- Remember your order history
- Create your shipping/billing address book
- Setup a wish list
- Easily re-order again

Forget your password?
click here

FREE SHIPPING ON ORDERS OVER $99

muscle · energy performance — NEW FLAVOR! BLUE RAZZ — BUY NOW!

Shop Home   Login / Account   Contact Us   Privacy Policy   Return Policy   Shipping Info   Terms of Use   Site Map
Copyright © (!COPYRIGHTYEARS!) (!SITENAME!). All rights reserved.

AMERICAN EXPRESS   PayPal   VISA



Authorize.Net | Verified by GeoTrust VITAL PHARM... CLICK 31.03.14 17:20 UTC

Store Locator | Sign In | Search

HOME | SHOP | PRODUCTS | RESOURCES | VPX RADIO | NEWS & ARTICLES | MODELS | FORUM | OUR COMPANY

**Fat Loss & Energy**
- Bang®
- Redline Ultra Hardcore®
- Liquid Clenbutrx® Hardcore
- REDLINE® Energy Drink RTD
- Meltdown®
- Meltdown® RTD
- REDLINE® Power Rush®
- REDLINE PRINCESS® Energy Drink
- REDLINE Xtreme® Energy Drink
- ThinFat®
- REDLINE Xtreme® Energy Shot
- MD2™ Meltdown®

**Muscle Building**
**Pre Workout**
**Post Workout / Recovery**
**Health And Support**
**Supplement Stacks**



POTENT ENERGY NOW!
GREAT TASTING! | CONTAINS BCAA'S + ELECTROLYTES

REDLINE

Send to A Friend | Our RSS FEED

PRODUCT INFO | TESTIMONIALS | FAQS

BUY NOW

Like 497

## REDLINE® Energy Drink RTD



Supplement Facts



Just recently VPX launched the technology of fat burning and energy enhancement into a new era with the introduction of Redline®. This VPX breakthrough is the first physique-transforming matrix to coax your body to burn fat through the "shivering response." It is a physiological fact that when you shiver, your body releases a large amount of stored body fat in an attempt to bring body temperature back to normal. Redline® induces this effect quite efficiently. However, the power of Redline® does not stop there, as its radical combination of novel ingredients will also have you sweating up a thermogenic storm, and thus burning fat through yet another unique mechanism. With this 1-2 fat melting punch, Redline® has rendered fat burners of the past obsolete! When it comes to energy, Redline® will "amp" you to the max within minutes, ready to tear apart the weights and wear out the treadmill like a tiger released from its cage!

Now, what if I told you that the power of Redline® is NOW available in a refreshing, tasty, and convenient ready to drink bottle? Well, it's HERE! Now it's easier than ever to feel the power of Redline® with the introduction of VPX's new Redline® RTD. Burning fat and getting energized will be simpler and more delicious than ever!

Available Flavors:
- Strawberry Lemonade
- Watermelon Kiwi
- Triple Berry
- Grape
- Peach Mango

**Recommended Use:**
Shake well. Always begin use with one-quarter bottle (2 Ounces) of REDLINE® daily to assess tolerance. Never exceed more than 4 ounces per serving or more than one bottle daily. Use the gauge on the bottle to find your ideal dose.

*These statements have not been evaluated by the FDA. This product is not intended to diagnose, treat, cure, or prevent any disease.

Click Here to view this product's warning statement!


GET NEWS & SPECIAL OFFERS
SUBSCRIBE TODAY!


CREATINE AND BCAA INFUSION
MUSCLE • ENERGY • PERFORMANCE
BUY NOW!


JOIN THE VPX COMMUNITY
CHAT WITH FELLOW VPXERS ABOUT SUPPLEMENTATION, TRAINING, NUTRITION, AND MORE!
JOIN NOW »

Home  Products  Resources  News & Articles  Our Company  Become An Affiliate  Contact Us  VPX Store
Store Locator | Privacy Policy | Terms of Use | Site Map | © 2006 - 2014 Vital Pharmaceuticals (VPX) All rights reserved.

REDLINE  BOOKMARK

Login

Shopping Cart (2)

| | |
|---|---|
| **New Items** | You are currently viewing: Fat Loss and Energy → REDLINE RTDs |
| **Muscle Building** | |
| **Swimwear** | |
| **Fat Loss and Energy** | |
| **Health & Support** | |
| **Stacks** | |
| **Specials** | |
| **Merchandise** | |





View larger image



REDLINE RTDs
E-mail this product to a friend

The first of its kind - Redline® RTD combines novel ingredients to not only boost energy, but also increase thermogenesis and fat loss. Grab one before you workout or when you need a boost. Contains Zero Carbs, Zero Sugar, Zero Calories and is offered in a variety of delicious flavors.

NOT FOR USE BY INDIVIDUALS UNDER THE AGE OF 18 YEARS. DO NOT USE IF PREGNANT OR NURSING.

Not available in Canada, continental US Only! Special Offer!

**4 Pack Grape**

SKU: 0237
Weight: 4.00
Price: $13.16

Quantity:

**4 Pack Peach Mango**

SKU: 0296
Weight: 4.00
Price: $13.16

Quantity:

**4 Pack Strawberry Lemonade**

SKU: 0396
Weight: 4.00
Price: $13.16

Quantity:

**4 Pack Triple Berry**

SKU: 0165
Weight: 4.00
Price: $13.16

Quantity:

4 Pack Watermelon Kiwi

SKU: 0401

Weight: 4.00

**Price: $13.16**

Quantity:

### Customers Who Bought This Product Also Bought

Special Offer! | Special Offer!

REDLINE XTREME | REDLINE PRINCESS Energy Drink | Redline Power Rush | 4 Pack Black Pearl

### Product Ratings

Product Rating: ☆☆☆☆☆(0.00)   # of Ratings: 0   (Only registered customers can rate)

There are no comments for this product.

Shop Home   Login / Account   Contact Us   Privacy Policy   Return Policy   Shipping Info   Terms of Use   Site Map
Copyright © (!COPYRIGHTYEARS!) (!SITENAME!). All rights reserved.

AMERICAN EXPRESS   PayPal   VISA

Authorize.Net

VERIFIED BY GeoTrust
VITAL PHARM...
CLICK 02.04.14 13:10 UTC

| Item Num | Item Description | Sales Details I Customer Name | Period Date | Sales |
|---|---|---|---|---|
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60663 | 10/01/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60663 | 10/01/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60654 | 10/01/08 | |
| 0242 | Redline RTD - Xtreme Green Apple | INV60663 | 10/01/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60732 | 10/02/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60732 | 10/02/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60766 | 10/02/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60770 | 10/03/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60770 | 10/03/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60730 | 10/03/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60809 | 10/06/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60810 | 10/06/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60843 | 10/06/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60731 | 10/06/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60809 | 10/06/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60810 | 10/06/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60811 | 10/06/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60843 | 10/06/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60866 | 10/06/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60867 | 10/06/08 | |
| 0242 | Redline RTD - Xtreme Green Apple | INV60843 | 10/06/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60828 | 10/07/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60828 | 10/07/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60872 | 10/07/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60876 | 10/08/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60801 | 10/08/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60893 | 10/08/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60886 | 10/08/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60891 | 10/08/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60891 | 10/08/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60893 | 10/08/08 | |
| 0242 | Redline RTD - Xtreme Green Apple | INV60891 | 10/08/08 | |
| 0225 | Redline RTD 4 pk - Xtreme Grape | INV60959 | 10/09/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV60962 | 10/09/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV61004 | 10/09/08 | |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | INV61005 | 10/09/08 | |



| | | | |
|---|---|---|---|
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | IN0031554 | 11/14/13 |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | IN0031559 | 11/14/13 |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | IN0031567 | 11/14/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031544 | 11/14/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031545 | 11/14/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031546 | 11/14/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031548 | 11/14/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031550 | 11/14/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031554 | 11/14/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031559 | 11/14/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031567 | 11/14/13 |
| 0385 | Redline RTD 4 pk - Xtreme Lime | IN0031546 | 11/14/13 |
| 0385 | Redline RTD 4 pk - Xtreme Lime | IN0031547 | 11/14/13 |
| 0385 | Redline RTD 4 pk - Xtreme Lime | IN0031548 | 11/14/13 |
| 0385 | Redline RTD 4 pk - Xtreme Lime | IN0031550 | 11/14/13 |
| 0521 | Redline RTD 2/4 pk - Xtreme Triple Berry | IN0031555 | 11/14/13 |
| 0521 | Redline RTD 2/4 pk - Xtreme Triple Berry | IN0031556 | 11/14/13 |
| 0521 | Redline RTD 2/4 pk - Xtreme Triple Berry | IN0031557 | 11/14/13 |
| 0521 | Redline RTD 2/4 pk - Xtreme Triple Berry | IN0031560 | 11/14/13 |
| 0521 | Redline RTD 2/4 pk - Xtreme Triple Berry | IN0031568 | 11/14/13 |
| 0521 | Redline RTD 2/4 pk - Xtreme Triple Berry | IN0031574 | 11/14/13 |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | IN0031633 | 11/14/13 |
| 0239 | Redline RTD 4 pack - Xtreme Triple Berry | IN0031634 | 11/15/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031634 | 11/15/13 |
| 0336 | Redline RTD 4 pack - Xtreme Watermelon | IN0031636 | 11/15/13 |
| 0521 | Redline RTD 2/4 pk - Xtreme Triple Berry | IN0031616 | 11/15/13 |





**Attorneys Eye's Only**

001692