**THE EGGNATZ LAW FIRM, P.A.**
Joshua H. Eggnatz, Esq. (Florida Bar No.:  0067926)

<u>Office Located at</u>:

1920 N. Commerce Parkway
Suite 1
Weston, FL 33326

Joshua H. Eggnatz received his Juris Doctor (J.D.) from the Shepard Broad Law Center at Nova Southeastern University in 2009.  Joshua H. Eggnatz is a member in good standing and eligible to practice law in the State of Florida, the United States District Court Southern District of Florida, the United States District Court Middle District of Florida, the United States District Court District of Colorado, and the United States District Court Northern District of California (*pro hac vice*).

Mr. Eggnatz handles a variety of actions in civil litigation, with an emphasis on consumer protection and personal injury. He has been named to the *Florida Super Lawyers; Rising Stars* list for the past two years, and was a finalist for the *Lifestyle Magazine* Leaders in Law award in 2014.  A few of the firm's recent consumer protection cases include the following:

*Altman v. Frito-Lay North America, Inc.*, 1:12-cv-06105-RRM-RLM (S.D. Fla.) (Centralized in the E.D. NY, In re: Frito-Lay North America, Inc. All Natural Litigation, MDL No.: 2413) (proposed nationwide class action involving "All Natural" food labeling);

*Leo v. Pepperidge Farm, Inc.*, 13-cv-2866 (Dist. Colorado) (formerly S.D. Fla. 9:13-cv-80598-KLR (proposed Florida class action involving "All Natural" food labeling);

*Mirabella v. Vital Pharmaceuticals, Inc.*, 0:12-cv-62086-WJZ (S.D. Fla.) (proposed nationwide class action involving energy drink supplement labeling);

*Feiner v. Innovation Ventures, LLC*, 0:12-cv-62495 (S.D. Fla.) (Centralized in the C.D. CA, In re: 5-Hour Energy® Marketing and Sales Practices Litigation, MDL No.: 2438) (proposed Florida class action involving energy drink supplement labeling);

*Moore, et al. v. GNC Holdings, Inc.*, 0:12-cv-61703-WPD (S.D. Fla.) (Appointed Class Counsel in contested Florida class action involving creatine dietary supplement labeling);

*Cruz v. Tropicana Products, Inc. et al.*, No.: 10-62926 CA 08, Circuit Court, Miami-Dade County, Florida (proposed nationwide class action involving juice labeling; appeal to be filed);

*Kloszewski v. Bank of America, N.A*. No.: 12-35513 CACE 14, Circuit Court, Broward County, Florida (individual banking action brought under the Fair Credit Reporting Action and common law claims);

*Griffith, et al. v. Gruma Corporation*, 14-cv-00833-YRG (N.D. Cal.) (formerly S.D. Fla. 9:13-cv-80791) (proposed Florida class action involving "All Natural" food labeling; class certification pending)

*Mazzeo v. USPLabs, LLC.*, 13-62639 (S.D. Fla) (proposed Florida class action involving dietary supplement labeling);

*Foster v. Chattem, Inc.*, 6:14-cv-00346 (M.D. Fla.) (proposed Florida class action involving cosmetic mouthwash labeling, class certification pending);

*Batalla v. The Hain Celestial Group, Inc.*, 14-80246-CV (S.D. Fla) (proposed Florida class action involving "All Natural" food labeling); and

*Bohlke v. The Hain Celstial Group, Inc.*, 14-80300 (S.D. Fla) (proposed Florida class action involving "All Natural" food labeling)

Mr. Eggnatz has also successfully negotiated confidential pre-suit settlements in other proposed consumer class action matters.

**THE LAW OFFICES OF HOWARD W. RUBINSTEIN, P.A.**
Howard W. Rubinstein, Esq. (Florida Bar No.: 104108)
Benjamin M. Lopatin, Esq. (California Bar No.: 281730)

**Florida Headquarters**
1615 Forum Place, Suite 4C
West Palm Beach, FL 33401

**California Headquarters**
One Embarcadero Center, Suite 500
San Francisco, CA 94111

**Sattelite Offices**
1800 Century Park East, Suite 600
Los Angeles, CA 90067

402 West Broadway, Suite 400
San Diego, CA 92101

Telephone: (800) 436-6437
Fax: (415) 692-6607
Web: www.hwrlawoffice.com

Howard W. Rubinstein received his Juris Doctor (J.D.) from South Texas College of Law in 1977. Howard W. Rubinstein is a member in good standing and eligible to practice in the State of Florida, and is a member of the following federal courts: United States District Court for the District of Columbia, United States District Court of Colorado, United States District Court for the Southern District of Florida, and United States District Court for the Northern District of Florida.

Benjamin M. Lopatin received his Juris Doctor (J.D.) degree in 2009, from the Shepard Broad Law Center at Nova Southeastern University, and his Master of Laws (LL.M.) in intellectual property in 2011, from DePaul College of Law. Benjamin M. Lopatin is a member in good standing and eligible to practice law throughout the State of California, and is a member of the following federal courts: United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Court for the Northern District of California, United States District Court for the Eastern District of California, United States District Court for the Central District of California, United States District Court for the Southern District of California, United States District Court for the Northern District of Florida, United States District Court for the District of Colorado, and United States District Court for the Northern District of Illinois.

Mr. Rubinstein and Mr. Lopatin handle a variety of civil litigation actions with an emphasis on class actions and consumer protection law, including, but not limited to, the following cases:

- *Zuckerman v. AT&T Corp.*, No. BC24653 (Los Angeles Superior Court);
- *Singer v. Toyota Motor Sales, U.S.A., Inc.*, No. 02-30957 (Miami-Dade Circuit Court);
- *Engineer v. Toyota Motor Sales U.S.A., Inc.*, No. 03-0049 (Miami-Dade Circuit Court);
- *Todd v. American Multi-Cinema,* No. 02-1944 (S.D. Tex.);
- *Salazar v. Phillip Morris USA Inc.,* No. 09-339 (S.D. Tex.);
- *Weeks v. Mead Johnson Nutrition Co.,* No. 09-cv-05835-DSF (C.D. Cal.);
- *Jolly v. McNeil Nutritionals*, No. 06-cv-06973-DSF (C.D. Cal.);
- *Galvez v. Touch-Tel USA,* No. 08-cv-05642-RGK (C.D. Cal.);
- *Galvan v. KDI Distribution,* No. 08-cv-02107-JVS-AN (C.D. Cal.);
- *Jiminez v. King's Districtuion, Inc.,* No. 09-cv-02107-JVS-AN (C.D. Cal.);
- *Carillo v. Mars, Inc.,* No. 09-cv-0543-DMG-RZ (C.D. Cal.);
- *Williams v. Gerber Products Co.*, No. 06-55921 (9th Cir.);
- *Weeks, et al. v. Kellogg, et al.*, No. CV-09-08102(MMM)(RZx) (C.D. Cal.);
- *Rappaport v. Jamba Juice Co.*, No.: CGC-12-521091 (San Francisco Superior Court);
- *Cheramie v. HBB, LLC*, No.: 12-55148 (9th Cir.);
- *Fraser v. Genesco, Inc.*, No. C 11-04881-SI (N.D. Cal.);
- *Ford, et al. v. The Coca-Cola Co.*, No. 09-cv-395 (E.D.N.Y.);
- *Bialuski v. Toyota Motor Sales, U.S.A., Inc.*, No. BC 432516 (Los Angeles Superior Court);
- *Nasseri v. Cytosport, Inc.*, No. BC 439181 (Los Angeles Superior Court);
- *Carrera v. Bayer Corp.*, No. 12-2621 (3rd Cir.);
- *Moore v. GNC Holdings, Inc.*, No. 12-61703 (S.D. Fla.)
- *In Re Light Cigarettes Marketing and Sales Practices Litigation*, No. 10-8043 (1st Cir.)
- *In Re Hydroxycut Marketing and Sales Practices Litigation*, No. 09-MD-02087 (S.D. Cal.);

- *In Re Enfamil Lipil Marketing and Sales Practices Litigation*, No. 11-MD-02222 (S.D. Fla.).