UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| ADAM MIRABELLA, on behalf of himself and all other similarly situated, ) ) | Case No. 0:12-cv-62086-WJZ |
| ) Plaintiff, ) ) | Judge ZLOCH |
| vs. ) ) | |
| VITAL PHARMACEUTICAL, INC., a Florida ) corporation doing business as VPX, ) ) | |
| Defendant. ) ) | |

**VPX'S MOTION TO STRIKE PLAINTIFFS' UNAUTHORIZED FILING - ENTITLED NOTICE BY KRISTEN ARRENDELL RE: [80] REPLY TO RESPONSE TO MOTION, [49] PLAINTIFF'S MOTION TO CERTIFY CLASS AND INCORPORATED MEMORANDUM OF LAW OF FILING SUPPLEMENT TO EXPERT REPORT (DE #85)**

Defendant, Vital Pharmaceutical, Inc. ("VPX"), moves to strike Plaintiffs' Notice of Filing Supplement (DE #85), and states:

### 1. **Plaintiffs' Notice is an Unauthorized Filing and Violates Local Rules**

Local Rule 7.1.C. explicitly provides that after the parties brief any motion by filing the motion, a response, and a reply, "[n]o further or additional memorandum of law *shall* be filed *without prior leave of Court*. All materials in support of any motion, response or reply, including affidavits and declarations, *shall* be served with the filing." (emphasis supplied).

The Motion to Certify Class was filed on April 18, 2014 (DE #49). VPX's Response was filed on May 16, 2014 (DE #70). Plaintiffs filed their Reply on May 23, 2014. (DE #80).

Over a month after serving their Reply, and without explanation, authorization from this Court, nor even good cause shown, Plaintiffs file their untimely and unauthorized "supplement." Plaintiffs again serve and file an ill-timed "supplement" and ignore this Court's Local Rules.[1] Even to the extent this supplemental report was appropriate, which it is not, it was incumbent upon the Plaintiffs to seek leave of Court before filing it. Accordingly, Plaintiffs' Notice of Filing Supplement to Expert Report should be stricken.

### 2. The Supplement Demonstrates Plaintiff's Improper Merits-Based Arguments in Pursuit of Class Certification.

Plaintiffs' Supplement should also be stricken and disregarded because it argues nothing other than improper merits-based arguments that are inappropriate at the class certification stage. As highlighted in VPX's Response in Opposition, the Court generally should not focus on nor determine the merits of an action when deciding the appropriateness of certification. (D.E. 70) (*citing Gen. Tel. Co. of the Southwest v. Falcon*, 457 U.S. 147, 160 (1982)). Plaintiffs, however, continue to present merits-based evidence by means of the opinions of their retained nutritionist rather than attempting to prove, e.g., their adequacy of representation (both by client and counsel) or that the proposed class would be ascertainable through reasonable and efficient means. The Court should not be distracted by such tactics.

---

[1] Plaintiffs previously attempted to amend their pleadings through filing an unauthorized "supplement" to their Complaint after the Court's ordered deadline to amend pleadings expired, to which the Court denied. (D.E. 56, Motion; and, D.E. 66, Order Denying Plaintiffs' "supplement").

WHEREFORE, VPX respectfully requests that Plaintiffs' Notice of Filing Supplement to Expert Report (DE #85) be stricken and/or this Court provide such other relief that it deems just and proper.

DATED:   July 17, 2014                    Respectfully submitted,

                                                                        BROAD AND CASSEL

                                                                        By:   */s/ Scott D. Knapp*
                                                                        Scott D. Knapp
                                                                        Florida Bar No. 16688
                                                                        One Financial Plaza, Suite 2700
                                                                        100 S.E. 3rd Avenue
                                                                        Fort Lauderdale, FL  33394
                                                                        Telephone: 954.764.7060
                                                                        Facsimile: 954.761.8135

                                                                        *Attorneys for Defendant, Vital Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email on this 17th day of July, 2014 upon: Joshua H. Eggnatz, Esq**.** jeggnatz@eggnatzlaw.com and Benjamin M. Lopatin, Esq. lopatin@hwrlawoffice.com.

                                                                       By: */s/ Scott D. Knapp*
                                                                             Scott D. Knapp, Esq.