# EXHIBIT C

# Review of Redline*Xtreme*

# April 10, 2014

Sheri Zidenberg-Cherr, Ph.D.
Nutrition Science Specialist
Chair, Graduate Group in Nutritional Biology
Department of Nutrition
University of California at Davis
Davis, CA  95616

Final Report

1. Opinion 1: Redline*Xtreme* is misbranded

   a. VPX markets and advertises Redline*Xtreme* as an energy drink. The FDA
      regulates conventional foods, finished dietary supplement products and dietary
      ingredients. The "energy" products are relatively new to the market, and
      manufacturers of these products have labeled some as dietary supplements and
      others as conventional foods. FDA regulates both dietary supplements and
      conventional foods under the Federal Food, Drug, and Cosmetic Act (FFDCA),
      but the requirements for them are different. Different statutory standards govern
      the type of information that may lawfully appear on different types of products
      (i.e., traditional foods, dietary supplement, medical foods, special dietary foods
      (Turner, 2005). Whether the product is marketed as a supplement or a
      conventional food, the font size used on the label is smaller than that allowed by
      the FDA
      (http://www.fda.gov/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryIn
      formation/DietarySupplements/ucm070597.htm)(FDA, 2005).

   b. There is no statutory definition of energy drinks and companies can choose
      whether to label an energy product as a beverage or liquid supplement.  Although
      VPX markets and advertises Redline*Xtreme* as a drink, it labels the product as a
      dietary supplement. The FDA has not provided a definition of "energy drinks"
      however these products have been defined by the American Beverage Association
      as "non- alcoholic beverages that are specifically marketed with an energizing
      effect and a unique combination of characterizing ingredients which may include
      caffeine, taurine, vitamins and other substances (AmericanBeverageAssociation,
      downloaded April 5, 2014). In a document providing Guidance for FDA Staff,
      Compliance Policy Guide, Sec. 510.800 Beverages-Serving Size Labeling, the
      FDA provides guidance for serving size labeling for beverages. In that document,
      both the FDA and the American Beverage Society include energy drinks as an
      example of those beverages in question. (FDA, 2010)
      (http://www.fda.gov/iceci/compliancemanuals/compliancepolicyguidancemanual/
      ucm344264.htm) as beverages or drinks (the two terms are synonymous (Webster
      dictionary), energy drinks fall under the category of conventional foods. In
      addition, the FDA issued guidance for industry (FDA, 2014a)
      (http://www.fda.gov/Food/GuidanceRegulation/GuidanceDocumentsRegulatoryIn
      formation/IngredientsAdditivesGRASPackaging/ucm381315.htm) as it relates to
      substances added to foods, including beverages and dietary supplements because
      the Agency has "seen a growth in the marketplace of beverages and other
      conventional foods that contain novel substances". The FDA noted three common
      scenarios that have raised a red flag for the Agency, signaling an increased
      possibility of unapproved new food ingredients: (1) new ingredients used for the
      first time: (2) currently used ingredients added to foods at potentially unsafe
      levels; and (3) currently used ingredients added to new types of foods. It is

important to note that this document does not provide new policy but rather a brief restatement of well-established FDA interpretation of the FFDCA.

c.  Food and Drug Administration has outlined practices to guide the industry to determine whether a product is being marketing as a conventional food (FDA, 2014b) http://www.fda.gov/food/guidanceregulation/guidancedocumentsregulatoryinformation/dietarysupplements/ucm381189.htm) Included in the determination of a product considered a conventional food is "...paying for the product to be displayed in the beverage section of retail stores". Note Exhibits 1, 2, and 3 as examples where Redline*Xtreme* is marketed with other beverages (Redline*Xtreme* being sold at Oliver's Market, Cotati, CA; 7-11 Convenience Store, Cotati, CA; picture from plaintiff's council). Within this context several additional factors are taken into consideration, including graphic representation in labeling (note the graphics of watermelons on the bottle) or other marketing practices. The Agency noted that, in most cases, a combination of factors would determine whether the product is a beverage or a dietary supplement; although, in some circumstances, a single factor can be dispositive. The FDA clarifies that it is the overall context of a product's packaging and labeling that is considered in establishing its intended use, i.e., as a conventional food or a dietary supplement. Pomeranz and colleagues stated in a recent manuscript that "According to the FDA, energy drinks labeled as supplements are mislabeled" (Pomeranz, 2013). Based on the above, it is my opinion that the Redline*Xtreme* is being marketed as a conventional food and should follow the labeling regulations for conventional foods; because it does not, it is misbranded. The print or type size should be prominent, conspicuous and easy to read. The letters must be at least one-sixteenth (1/16) inch in height based on the lower case letter "o," and not be more than three times as high as they are wide, unless the company petitions for an exemption in accordance with 21 CFR 101.2(f). The lettering must contrast sufficiently with the background so as to be easy to read. (FDA, 2013) http://www.fda.gov/downloads/Food/GuidanceRegulation/UCM265446.pdf Exhibit 4 clearly demonstrates that the Redline*Xtreme* (8 ounces; 2 servings) label provides a tremendous amount of information making it difficult to read. The supplement facts labels lists the ingredients including that contained in the proprietary blend. The letters are quite small, and in some cases smaller than that required by the FDA. Even more disconcerting is the information provided on the warning section of the label. The words blend together and are difficult to read. They are also less than the required 1/16 inch in height and do not follow a straight line. Included in this section are the warnings that I was able to read only with a magnifying glass.

Since the product includes a supplement label, it might be expected that the company would follow the regulations provided for supplements; although despite a supplement label a product may still be defined as a beverage according to the FDA. In any case, the requirements for format of the supplement facts panel include: a) a single easy-to-read type style; b) all black or one color type, printed on a white or neutral contrasting background, whenever practical; c) upper-and

3

lowercase letters, except that you may use all uppercase lettering on small packages (i.e. packages having a total surface area available to bear labeling of less than 12 square inches; d.) at least one point leading (i.e., space between lines of text) and e) letters that do not touch . Information other than the title, headings, and footnotes must be in uniform type size no smaller than 8 point. This is equivalent to 0.11 inches (2.79 mm). The Redline*Xtreme* product (8 ounces) bears information in print size less than 1/20 of an inch (1.4 mm); clearly not meeting the guidance provided by FDA ((FDA, 2005)). See exhibit 3. For smaller packages (i.e. Packages having a total surface area available to bear labeling of less than 12 square inches) point font, the required font size may be as low as 4 point, which is equivalent to .055 inches or approximately 1/20 of an inch. Footnotes can be in type no smaller than 6-point font.

d.  Redline*Xtreme* energy drink is marketed as an "ultimate energy rush".  The font size for the statement is approximately 3 x that of the warnings. The following statements appear prominently on the label (in font size approximately 2x that of warnings), *"University Proven 7.5% improvement in reaction time", "A potent 13% increase in energy"; "An amazing 15% increase in mental focus".* The basis for these statements are not based on competent and reliable scientific evidence and come from one controlled study using Redline*Xtreme* energy drink, published in a peer-reviewed journal (Hoffman, 2009). The lead author, Jay R. Hoffman has published several manuscripts using VPX products and receives funding from VPX for the work. Hoffman and colleagues examined the effect of Redline*Xtreme* in 12 male competitive strength/power athletes and reported that there were significant differences in reaction performance and percent of targets struck (measures of exercise performance). These differences were extremely small with a high degree of variability. Subjects completed a survey that consisted of 4 questions asking each subject to describe their feelings of energy, fatigue, alertness and focus for that moment. Then the subjects performed a 2-minute quickness and reaction test on the Makoto testing device and a 20 second Wingate Anaerobic Power test. The reliability and validity of the questionnaire was not noted, and only consisted of 4 questions. Results showed that the energy level in subjects consuming Redline*Xtreme* was 13% higher than controls; the feeling of focus was 15% higher than controls. However, the statement on bottle says "13% increase in energy"—the results presented do not demonstrate that the subjects increased their energy since there were no data provided for subjects prior to consuming the drink (baseline) but only a comparison of the control to placebo effect.  The same interpretation can be made for the subjects' feeling of focus. The study also showed no difference in fatigue or alertness. There were no differences in any measures of anaerobic power. There were significant differences in reaction time in that the number of successful hits to the target and the average percentage of successful hits on target was higher in subjects consuming Redline*Xtreme* relative to when the subjects consumed a placebo. The Redline*Xtreme* bottle provides a statement on the label stating a 7.5% improvement in reaction time that is based on the number of successful hits to target – controls had 52 and supplements had 56. While these differences are

4

small they translate into 7.5% higher number but not an improvement from baseline since baseline was not reported. The authors summarize their study: *"Results of this study indicate that the supplement Redline Extreme can significantly improve subjective feelings of focus and energy leading to a significant increase in reaction time to both visual and auditory stimuli in strength/power athletes"*. In my opinion, the results do not show an increase since there are no baseline measurements thus, a statement of *"7.5% improvement in reaction time!" a potent 13% increase in energy!" and an amazing 15% increase in mental focus!"* are not reflective of the results of the ONE study. It is also essential to note that these results were observed in trained athletes and may not be reflective of a typical consumer. The statement *"ultimate energy rush"* is not based on any data on this study or any other scientific study. The authors clearly note that acute ingestion of this supplement had NO EFFECT on anaerobic power performance. In addition, the subjects participating in this study were asked not to eat or drink anything 3 hours prior to consuming the test beverage, to refrain from consuming any caffeine products on the day of each testing session and from performing any strenuous physical activity for the previous 12 hours; thus consumers may not be following the same protocol and may not experience the same results.

e.  In my opinion, the product is marketed as a drink despite bearing a Supplement Facts label. This opinion is based on its placement next to beverages in retail outlets (noted in part c of this document, Exhibits 1, 2, and 3), food graphics on this product, the size of the bottle, and most importantly, VPX admission that the product is marketed as an energy drink.

Although the FDA limits caffeine content in softs drinks, which are categorized as conventional foods, there is no such regulation of energy products. There has been substantial growth in the marketplace of beverages and other conventional foods that contain novel ingredients, such as added botanical ingredients or their extracts. Some of these ingredients have not previously been used in conventional foods and may be unapproved food additives. In addition, ingredients that have been present in the food supply for many years are now being added to beverages and other conventional foods at levels in excess of their traditional use levels or in new beverages or other conventional foods. This trend raises questions regarding whether these ingredients are unapproved food additives when used at higher levels or under other new conditions of use. The International Society of Sports Nutrition provided a position stand on energy drinks (Campbell, 2013). Low calorie energy drinks are marketed to increase mental alertness, energy metabolism and performance. Within this statement the Society evaluates the current scientific literature on the role that energy drinks may have on exercise performance and energy expenditure/metabolism. They also discuss safety considerations. There appears to be consensus that caffeine is effective for enhancing sport performance in trained athletes when consumed in low-to-moderate dosages (3-6 mg per kg body weight=243-486 mg in a 180 lb. person) and does not result in further enhancement in performance when consumed in higher dosages (greater than or equal to 9 mg per kg body weight). The statement discusses the substances purported to promote cognition and mental focus such as 5-HTP, St John's Wort, stimulants green tea,

synephrine, yerba mate, yohimbine, vinpocetine and other purported ergogenic nutrients. The statement goes on to state that the amounts of the aforementioned substances contained in energy drinks are generally much lower than the typical concentrations associated with an ergogenic effect. Importantly, the statement includes a note that "Adding these nutrients to the caffeine found in energy drinks may change the adverse effect profile of these finished products and warrant further study" (Campbell, 2013).

The FDA imposes a limit of 71 mg of caffeine per 12 fluid ounces of soda (Seifert, 2011). If a product is considered a supplement, there are no requirements for testing, warning labels, or restriction against sales or consumption by minors. In contrast, over-the-counter caffeine stimulants must list the minimum age for purchase. Several countries have restrictions on the sale of energy drinks. In Denmark, energy drinks are prohibited entirely. The European Food Safety Authority apply the following: Beverages that contain >150 mg/L caffeine should be labeled "high caffeine content" and the exact amount present indicated on the label. For reference, an 8-ounce bottle of Redline*Xtreme* contains at least 316 mg, (at least because the proprietary blend also contains caffeine and similar stimulants) translating to 1330 mg/L caffeine. In Norway, energy drinks can only be sold in pharmacies.

2. Opinion 2: Redline*Xtreme* Energy Drink is Unfit for Intended Purpose

Consumers are unlikely to understand the subtle regulatory differences between health claims, qualified health claims and structure/function claims and may often interpret anything stated on the label to be true simple because it is in print. (Turner, 2005). Nutrition facts labels can keep consumers informed however, consumers currently do not understand these labels well (Graham, 2011). In addition, self-reported data from consumers show that label components at the top of the label were viewed more than those at the bottom, and labels positioned in the center of the screen were viewed more than those on the sides (Graham, 2011).

Energy drinks contain various stimulants with the most common one being caffeine. Opponents of stricter regulations for energy drinks often state that caffeine has been shown to be safe up to 500 mg per day (Sepkowitz, 2013). It should be noted, however, that while ½ bottle of Redline*Xtreme* contains 158 of caffeine anhydrous that 1) anhydrous is more effective than caffeine in coffee; 2) most individuals are most likely to drink more than ½ bottle; 3) there are other stimulants present that include caffeine and have similar stimulatory effects; thus one cannot assume the product is safe when all substances are combined and that it only has the strength of less than 2 cups of coffee as stated on the label; 4) that one cannot assume that the product is safe under conditions of strenuous exercise; and 5) that one cannot assume the product is safe when taken on an empty stomach or for adolescents. Redline*Xtreme* includes a warning label on the bottle "not for use by individuals under the age of 18 years" but the product is marketed as an "ultimate energy rush" and touts "7.5% faster reaction time"; claims that attract the attention of adolescents. In fact, energy drinks are reportedly consumed by 30-50% of adolescents and young adults (Seifert, 2011). The American Academy of Pediatrics specifically cautioned that dietary intake of caffeine can produce harmful adverse effects in youth and should be discouraged for all children (Schneider, 2013).

It is the combinations of ingredients that raises concerns that energy dinks may pose health hazards since the known drug-drug interactions relating to caffeine's toxic effects are incompletely documented. Some ingredients in energy drinks may confer toxicity or promote drug-drug interactions. (Sepkowitz, 2013; Torpy, 2013). With respect to Redline*Xtreme*, one half of a bottle (4 ounces) is considered one serving, and contains 158 mg of anhydrous caffeine. However the proprietary blend contains substances that also contain caffeine and can boost the effects of added caffeine (Clauson, 2003; Reissig, 2009). It should be noted that the bottle gives the appearance of one serving since in most cases, 8-12 ounces is a typical serving size for a beverage. The label does not inform the user of the true strength and nature of the product and misleadingly suggests that it is no stronger than 2 cups of coffee.

Active Components of Redline*Xtreme*

<u>Substances with stimulatory effects and/or potentiation of stimulant effects</u>

Caffeine: Caffeine is a central and sympathetic nervous system stimulant. It is a strong cardiovascular stimulant that increases epinephrine output to a greater extent when ingested vita its anhydrous formulation when compared to an equal amount of brewed or instant caffeinated coffee (M. a. Bell, 2004; McLellan, 2012). Redline*Xtreme* energy drinks claims it contains 158 mg anhydrous caffeine per 4 ounce serving. However, this is not a complete disclosure of the true strength of the product. In healthy adults a caffeine intake of less than 500 mg per day is considered safe; acute clinical toxicity begins at 1 g and 5 to 10 g can be lethal (Cannon, 2001). Commonly reported adverse effects seen with caffeine in the quantities present in most energy drinks (250-300 mg) are insomnia, nervousness, headache, tremors, anxiety, nausea and tachycardia (Sepkowitz, 2013; Wolk, 2012). Tachycardia is defined as a faster than normal heart rate which can seriously disrupt normal heart function, increase the risk of stroke, or cause sudden cardiac arrest or death. The effects of chronic high dose caffeine intake in children and adolescents are unknown. Caffeine may raise blood pressure, disrupt adolescent sleep patterns, exacerbate psychiatric disease, cause physiologic dependence, and increase the risk of subsequent addiction (Wolk, 2012). Toxicity of given substances are a function of the interaction of many physiologic variables that include the following: acute and chronic dosing, route of administration, genetics, age, sex, environment, and intrinsic health of the individual being exposed. Unknown preexisting risk factors may increase the risk of adverse events particularly cardiovascular ones, in individuals consuming energy drinks due to underlying disease. It is unknown whether the inclusion of other stimulants in energy drinks may increase or decrease the threshold for experiencing side effects. Since energy drinks, such as Redline*Xtreme* contain other stimulants that can have a synergistic effect with caffeine, more research is needed to determine the long-term effects of habitual intake of energy drinks before definitive conclusions can be drawn (Sepkowitz, 2013).

Consuming 4-12 mg/kg (280-840 mg in a 70 kg person) of caffeine has been associated with undesirable symptoms including anxiety, jitteriness, headache and fatigue, nervousness, irritability, anxiety, insomnia, tremor, tachycardia, palpitations, and upset stomach. Additional adverse effects include vomiting and abdominal pain, hypokalemia

(low potassium levels), hallucinations, increased intracranial pressure, cerebral edema, stroke, paralysis, rhabdomyolysis (destruction of skeletal muscle that can lead to kidney damage) altered consciousness, rigidity, seizures, arrhythmias and death. (Seifert, 2011)

Consuming caffeine drinks has been shown to increase heart rate and blood pressure during exercise (D. Bell, Bordeleau, JMR,  Jacobs, I., 1999; Magkos, 2004). Caffeine has been shown to increase systolic blood pressure 2 hours after ingestion with lessor effects on diastolic blood pressure during activities of daily living. Many of the adverse effects of energy drinks have been thought to be due to caffeine and include insomnia, nervousness, headache, and tachycardia. Genetic factors may contribute to an individual's vulnerability to caffeine-related disorders including caffeine intoxication, dependence and withdrawal.

Caffeine is considered an ergogenic aid due to its potential to improve performance through it effects on the central nervous system and/or in the delivery of fuel for muscular work. Through these physiological actions, caffeine can elevate blood glucose and simultaneously increase the utilization of fat.  It must be noted, however, that caffeine's ergogenic effect on performance is variable; it appears to be dose-related and is dependent upon previous use of caffeine-containing foods and beverages (Liddle, 2013).

Mechanisms of caffeine action: Caffeine is absorbed rapidly from the GI tract and is significantly elevated in the blood at 15 minutes with the peak concentration achieved at 60 minutes (Powers, 2012). There is evidence that chronic users are less responsive to the ergogenic effects of caffeine than abstainers. As stated above, caffeine's role as an ergogenic aid is based on its effects on skeletal muscle and as a stimulant of the central nervous system, and in the mobilization of utilization of fuels for muscular work. Caffeine consumption may result in elevated glucose levels due to stimulation of the sympathetic nervous system resulting in increased catecholamines resulting in the mobilization of glucose. This effect may also be due to the suppression of insulin release by catecholamines. These potential mechanisms of action are of significance with respect to energy products that contain additional substances that increase the release of catecholamines as they can exacerbate the physiological effects of caffeine (Powers, 2012). In addition, caffeine may have an indirect effect on several neurotransmitters involved in both stimulation and non-stimulation; combination of other substances found in energy-promoting products may either exacerbate or attenuate these effects as well.

Yerba Mate comes from the *Ilex paraguariensis* plant. The chief alkaloid in this herb is caffeine (0.4-2.4%). This substance is a central nervous system stimulant due to its high caffeine concentration, which is the primary reason for yerba mate to be incorporated into energy drink formulations (Heckman, 2010). The caffeine concentration in one cup (8ounces) of yerba mate tea is equivalent to about 78 mg; when present in proprietary formulations such as that found in Redline products it is not possible to discern the amount of caffeine added to the product.

Yohimbe bark contains the primary active ingredient, Yohimbine. This is considered a prescription drug in North America. This drug can be safely used short-term when monitored by a health professional. However, it is not appropriate for unsupervised use due to potentially serious side effects (TherapeuticResearchFaculty, 2011). Yohimbe has

8

been linked to reports of severe side effects including irregular or rapid heartbeat, kidney failure, seizure, heart attack and others serious conditions. When taken by mouth in typical doses, yohimbe and the ingredient yohimbine can cause stomach upset, excitation, tremor, sleep problems, anxiety or agitation, high blood pressure, a racing heartbeat, dizziness, stomach problems, drooling, sinus pain, irritability, headache, frequent urination, bloating, rash, nausea, and vomiting. Taking high doses can also cause severe problems, including difficulty breathing, paralysis, very low blood pressure, heart problems, and death.  There are special precautions and warnings issued regarding its use. These include pregnancy or breast-feeding (likely unsafe), schizophrenia (might make people with schizophrenia psychotic), prostate problems (might make the symptoms of benign prostatic hyperplasia worse), post- traumatic stress disorder, liver disease, kidney disease and those with high blood pressure or low blood pressure. Whether an individual has high or low blood pressure, it is advised that yohimbe not be used because small amounts can increase blood pressure and large amounts can cause dangerously low blood pressure. Importantly, yohimbe potentiates caffeine and ephedrine effects. Those with anxiety, depression and diabetes are advised to avoid yohimbe. The substance can also interact with several medications including medications for depression and high blood pressure. Importantly with respect to the combination of yohimbe with other active ingredients present in Redline*Xtreme* products, there is concern that interactions with other stimulants might cause serious problems including increased heart rate and high blood pressure. Specifically, the use of yohimbe along with products that contain caffeine might increase the risk of developing dangerously high blood pressure. This herb is not recommended for long-term use. It is contraindicated in liver and kidney diseases and in chronic inflammation of sexual organs or prostate gland. (Bucci, 2000; Sattler, 2002) It is not known whether yohimbe is effective for any health conditions because clinical trials have not been conducted on the bark or its extract. (Greenwald, 2007; Herbs at a Glance, 2010; Yohimbe, 2011)

Green tea (*Camelia sinensis*) is the fourth most commonly used dietary supplement in the United States. It is a source of caffeine, 10-50 mg per cup depending on variety and method of preparation; extracts contain variable amounts of caffeine. Recently, regulatory agencies in France and Spain suspended market authorization of a weight-loss product containing green tea extract because of hepatotoxicity concerns. This was followed by publication of adverse event case reports involving green tea products. In response, the US Pharmacopeia (USP) Dietary Supplement Information Expert Committee systematically reviewed the safety information for green tea products in order to re-evaluate the current safety class to which these products are assigned. Twenty-seven reports (out of 216 case reports) were categorized as possible causality and 7 as probable causality to liver damage.  Clinical pharmacokinetic and animal toxicological information indicated that consumption of green tea concentrated extracts on an empty stomach is more likely to lead to adverse effects than consumption in the fed state. (Sarma, 2008). There is increasing body of literature supporting the concept that green tea extracts can cause serious side effects with the main outcome being acute liver toxicity. (Molinari, 2006)

Other active ingredients of concern in Redline Products

9

5-Hydroxy tryptophan (5-HTP) is a chemical by-product of the amino acid, L-tryptophan. The compound works in the brain and central nervous system by increasing the production of the chemical, serotonin. Health professionals do not recommend the use of 5-HTP and it is considered unsafe. Similar to 5-HTP, caffeine also increases the availability of serotonin, thus products containing high levels of caffeine along with other inducers of the neurotransmitters may be putting the consumer at risk of excessive serotonin levels. http://www.nlm.nih.gov/medlineplus/druginfo/natural/794.html (Gendle, 2010; MedlinePlus, 2013)

Vinpocetine is a synthetic compound, structurally related to the alkaloid vincamine found in Periwinkel (*Vinca minor*). Vinpocetine is sold by prescription in Germany under the brand name Cavinton (Vas, 2005) and it is not clear how the US FDA regulations allow its addition to Redline Products. Its side effects include increased risk for excessive bleeding and should not be combined with aspirin, clopidogrel, warfarin, pentoxifylline, vitamin E, garlic and gingo ("Vinpocetine," 2013) . http://www.med.nyu.edu/content?ChunkIID=21841

Club Moss (*Lycopdium clavatum*) The active ingredients of this plant includes alkaloids, triterpenes, steroids and flavonoids. Huperzine A (HupA) is an extract of *Huperzia serrata* (Chinese club moss, Lycopodium serrata, Qian Ceng Ta, Shuangyiping). HupA is a potent, reversible and selective inhibitor of acetylcholine esterase, with rapid absorption and penetration into the brain in animal studies (Kelley, 2008). There are no proven uses for this substance; however it does have diuretic effects. Despite the toxicity of alkaloids, no poisonings have yet been recorded.

Energy drinks and supplements
    Health professionals and educators have voiced concerns about energy drinks and supplements with high caffeine content due to their association with cardiovascular events, in particular, sudden cardiac death and myocardial infarction (Berger, 2009; Finnegan, 2003; Sepkowitz, 2013). Consumption of energy drinks has been associated with serious consequences such as seizures, mania stroke, and sudden death. Several adverse events associated with caffeine-enhanced beverages have been reported and include nausea/vomiting, tachycardia, hypertension, jittery/agitated/tremors, dizziness, chest pain and bilateral numbness. In addition to caffeine intoxication, the consumption of energy drinks has been linked to seizures, acute mania, and stroke. Energy drink consumption has been associated with increased blood pressure and heart rate following exercise in healthy adults (Steinke, 2009). Reports indicate that even individuals without previously diagnosed risk factors for cardiac events display detrimental effects.  Deaths attributed to energy drink consumption have been reported in Australia, Ireland and Sweden (Babu, 2008; Reissig, 2009).  Risk for serious adverse effects of caffeine may be higher when energy drinks are combined with other stimulants, alcohol or strenuous physical activity, since the adrenergic effects and diuretic and natriuretic actions of energy drinks may be exaggerated (Franks, 2012). For this reason, the label should caution consumers when using the product immediately before strenuous exercise. There has been a rise in emergency room visits involving energy drinks by patients 18-39 years

of age (DAWN, 2013). Although many of the visits involved the consumption of energy drinks in combination with drugs or alcohol, 56% were due to consumption of energy drinks alone (Eudy, 2013). These uses of energy drinks are most concerning since additive effects on blood pressure, heart rate, and cardiovascular workload can occur, and many energy drinks are specifically marketed for use during exercise (Eudy, 2013).

Myocardial infarction, cardiac arrest, stroke, seizures, psychiatric disorder exacerbations, postural tachycardia syndrome, palpitations, headaches, and "jolt and crash" episodes (defined as increased alertness followed by a sudden drop in energy) have been reported following the consumption of energy drinks or supplements (Franks, 2012). Four documented case reports of caffeine-associated deaths were found, as well as four separate cases of seizures associated with the consumption of energy drinks (Clauson, 2003). The high doses of caffeine, often in combination with ingredients with unknown safety profiles mandates urgent research on the safety of energy drink use in children and adolescents (Wolk, 2012).

A recent systematic review of the literature of energy drink-associated acute adverse cardiovascular events showed that the majority of affected cases involved teenagers and young adults, the largest demographic of energy drink consumers (Goldfarb, 2014). A 1-year prospective surveillance study of dietary supplement-related poison control center calls was conducted in 2006. Of 275 dietary supplement calls, 41% involved symptomatic exposures and two-thirds were rated as probably or possibly related to supplement use. Eight adverse events required hospital admission. Caffeine products accounted for 47% and yohimbe products accounted for 18% of supplement-related symptomatic cases. Clinically significant toxic effects were most frequently reported with caffeine and yohimbe-containing products. (Haller, 2008).

Currently, scientists and health professionals are expressing concern about the adverse effects of excessive caffeine consumption. Adolescents and young adults are often unaware that various products, such as energy drinks, herbal medications, and various other medications that promote alertness, contain caffeine. When these products are taken together caffeine toxicity and severe adverse effects can occur (Rath, 2012). Health care providers have reported dehydration, accelerated heart rates, anxiety, seizures, acute mania, and strokes following consumption of energy drinks (Pennington, 2010). Three middle school students were taken to the "emergency rooms due to complaints of racing heart rates and body sweats" after sharing a can of Redline (Parikh, 2012). There are increasing concerns from health authorities about energy drink consumption due to their blend of ingredients, the safety of which have not been well documented (Burrows, 2013; Eudy, 2013)

In a recent law review, the author proposes an amendment to the FFDCA to afford the FDA regulatory power over energy drinks similar to that which it now exercises over tobacco (Hoflander, 2011). The article specifically states that congress should amend the FFDCA (21 U.S.C 31) by inserting a provision that defines an energy drink as "a heavily-caffeinated liquid substance for use by man to supplement the diet. The heavily caffeinated liquid beverage being defined by: 1) a quantity of caffeine in excess of eight (80) milligrams per eight (8) ounces; or 2) one or more of the following ingredients constituting an "energy blend" (carnitine, glucuronolactone, glucose, guarana, inositol, maltodextrin, panax ginseng, super citramax, taurine or yohimbine HCl).

Since athletes are major consumers of energy drinks and supplements, it is essential to investigate cardiovascular responses to energy drink type products during intense exercise. Sillivent and colleagues (Sillivent, 2012) examined the effects of Redline energy drink ingestion on cardiovascular responses including VO2 max (maximal oxygen uptake, is one factor that can determine an athlete's capacity to perform sustained exercise and is linked to aerobic endurance. VO2 max refers to the maximum amount of oxygen that an individual can utilize during intense or maximal exercise), blood pressure, diastolic blood pressure (DBP), RPP (rate pressure product; this is an estimate of work performed by the heart), ectopic beats, and heart rate at rest and during exercise. Their study used a test dose containing 250 mg of caffeine anhydrous. Subjects drank the 240 ml of either a placebo or sugar-free energy drink.  Subject's maximal time on treadmill was blunted after the consumption of the product compared to placebo. Consumption of the Redline product, resulted in reduced VO2 max and elevated RPP and recovery DBP. The results suggest that these supplements have the potential to produce more ectopic beats and exercise intolerance. The authors suggested that the Redline caused an increase in circulating epinephrine and thus contributed to elevated RPP. The authors raised concern that these products can be dangerous for an athlete with any kind of heart disease or defect. The additional consumption of excessive amount of caffeine before exercise may potentially exacerbate the risk of cardiovascular events. Steinke and colleagues (Steinke, 2009) reported that heart rate and systolic blood pressure were significantly elevated within two hours of consumption of an energy drink at rest. Studies have also shown increased resting heart rate, systolic blood pressure and two episodes of atrial fibrillation after the ingestion of Red Bull and Sugar Free Red Bull, both containing only 80 mg of caffeine. This is in stark contrast to Redline*Xtreme* labeled as containing 158 mg per serving, but actually contains even more caffeine as part of its proprietary blend. Worthley and colleagues reported that consumption of just 250 ml of a sugar-free energy drink caused an increase in platelet aggregation in 15 healthy volunteers (Worthley, 2010).

While the FDA has noted that as much as 400-500 mg/day caffeine is not associated with general toxicity, cardiovascular problems and negative effects on bone status or calcium balance, it is reasonable to assume that consumption of Redline products can exceed such levels. For example, in one bottle (2 servings of Redline *Xtreme*) there is 316 mg of caffeine listed on the label (158 mg per serving). It should be noted that manufacturers are not required to list the caffeine content from additional ingredients. Thus the actual caffeine dose in a single serving can exceed that listed which is not only misleading but in fact false (McLellan, 2012; Seifert, 2011). As discussed earlier in this report, Redline products often contain additional substances that contain caffeine and have physiological effects similar to that of caffeine.

## Factors Contributing to Increased Risk from Energy Drinks and Supplements

### Chronic disease

It has been stated in reviews of energy drink safety that drinking energy drinks in moderation is considered safe for "healthy individuals". The concept of "healthy individuals" is an important consideration that is often ignored. Close to 50% of adults in the United States have at least one of the three risk factors for cardiovascular disease

12

(uncontrolled high blood pressure, uncontrolled high levels of LDL-cholesterol, and current smoking). About two-thirds of the adult population is overweight (33%) or obese (36%) (http://www.cdc.gov/nchs/fastats/overwt.htm). Approximately 33% of non-institutionalized adults ages 20 and over have hypertension (http://www.cdc.gov/nchs/fastats/hyptertens.htm). Many individuals with hypertension have not been diagnosed (http://iom.edu/Reports/2010/A-Population-Based-Policy-and-Systems-Change-Approach-to-Prevent-and-Control-Hypertension/Press-Release-Prevent-Control-Hypertension-MR.aspx); (http://www.heart.org/idc/groups/heart-public/@wcm/@sop/@smd/documents/downloadable/ucm_319587.pdf). Close to 10% of the US population has diabetes and an estimated 7.0 million people are undiagnosed. Hypertension and diabetes are both associated with vision problems; a consideration for those individuals attempting to read the labels on Redline products.

## Summary and Conclusions

Review of the literature provides evidence that consumption of Redline*Xtreme* products can pose substantial risk to individuals; especially those with hypertension and pre-existing cardiovascular conditions. Often times, these conditions are unrecognized, thus individuals are not aware that they should avoid products such as Redline*Xtreme*. Reports indicate that even those without previously diagnosed risk factors have suffered negative consequences following the consumption of energy supplements, including Redline products. The label of Redline*Xtreme* products poses substantial concerns. It is essential that studies be conducted and their results interpreted in an unbiased manner that ensures they are scientifically valid and can be replicated by other laboratories. Replication across laboratories is essential to ensure findings are accurate and reliable so that the representations made on the label are supported by competent and reliable evidence and not misleading to the consumer (McLellan, 2012). The label, as it exists, does not properly inform the consumer of the true nature of the product.

## Data Considered (References)

AmericanBeverageAssociation. (downloaded April 5, 2014). ABA Guidance for theResponsible Labeling and Marketing of Energy Drinks.

Babu, K., Church, RJ, Lewander, W. (2008). Energy drinks: the new eye-opener for adolescents. *Clin Pediatr Emerg Med 9*, 35-42.

Bell, D., Bordeleau, JMR, Jacobs, I. (1999). Blood pressure and heart rate after caffeine and ephedrine ingestion. *Can J Appl Physiol, 24*(5), 426.

Bell, M. a. (2004). The impact of pior coffee consumption on the subsequent ergogenic effect of anydyrous caffeine. *Int J Sport Nutr Exerc Metab, 14*, 698-707.

Berger, A., Alford, K. (2009). Cardiac arrest in a young man following excess consumption of caffeinated "energy drinks". *Med J Aust, 190*, 41-43.

Bucci, L. (2000). Selected herbals and human exercise performance. *Am J Clin Nutr, 72*(2 Suppl), 624S-636S.

Burrows, T., Pursey, K, Neve,M., Stanwell, P. (2013). What are the health implications associated with the consumption of energy drinks? A systematic review. *Nutrition Reviews, 71*, 135-148.

**13**

Campbell, B., Wilborn, C, LaBounty, P., Taylor, L, Nelson, MT, Greenwood, M, Ziegenfuss, TN, Lopez, HL, Hoffman, JR, Stout, JR, Schmitz, S., Collins, R., Kalman, DS, Antonio, J, Freider, RB. (2013). International Society of Sports Nutrition position stand: energy drinks. *Journal of the International Society of Sports Nutrition, 10*(1).

Cannon, M., Cooke, CT, McCarthy, JS. (2001). Caffeie-induced cardiac arrhythmia: an unrecognized danger of healthfood products. *Med J Aust, 174*, 520-521.

Clauson, K., Shields, KM, McQueen, CE., Persad, N. (2003). Safety issues associated with commericailly available energy drinks. *J Am Pharm Assoc, 48*(3), e55-63.

DAWN. (2013). *Update on emergency department visits involving energy drinks: A continuing public health concern.*

Eudy, A., Gordon, LL, Hockaday, BC, Lee, DA, Lee, V, Luu, D, Martinez, CA, Ambrose, PJ. (2013). Efficacy and safety of ingredients found in preworkout supplements. *Am J Health-Syst Pharm, 70*, 577-588.

FDA. (2005). Dietary Supplement Labeling Guide. Chapter IV, Nutrition Labeling. Guidance for Industry.

FDA. (2010). CPG Sec.510.800 Beverages-Serving Size Labeling.

FDA. (2013). A Food Labeling Guide. Guidance for Industry.

FDA. (2014a). Guidance for Industry: Considerations Regarding Substances Added to Foods, Including Beverages and Dietary Supplements.

FDA. (2014b). Guidance for Industry: Distinguishing Liquid Dietary Supplements from Beverages.

Finnegan, D. (2003). The health effects of stimulant drinks. *Br Nutr Found Nutr Bull, 28*, 147-155.

Franks, A., Schmidt, JM, McDain, KR, Fraer, M. (2012). Comparison of the effects of energy drink versus caffeine supplementation on indices of 24-hour ambulatory blood pressure. *Ann Pharmacother, 46*, 192-199.

Gendle, M. a. A. G. (2010). Oral administration of 5-hydroxytryptophan (5-HTP) impairs decision making under ambiguity but not under risk: evidence from the Iowa Gambling Task. *Hum Psychopharmacol. Clin. Exp, 25*, 491-499.

Goldfarb, M., Tellier, C., Thanassoulis, G. (2014). Review of published cases of adverse cardiovascular events after ingestion of energy drinks. *Am J Cardiol, 113*, 168-172.

Graham, D., Jeffery, RW. (2011). Location,location,location: eye-tracking evidence that consumers preferentially view prominently positioned nutrition information. *Journa of the American Dietetic Association, 111*(11), 1704-1711.

Greenwald, J., Brendler, T., Jaenicke, C. (2007). *PDR for Herbal Medicine*: Thomson.

Haller, D., Kearney, T., Bent, S., Ko, R., Benowitz, N., Olson, K. (2008). Dietary supplement adverse events: report of a one-year poison center surveilalance project. *J Med Toxicol, 4*(2), 84-92.

Heckman, M., Sherry,K., de Mejia, G. (2010). Energy drinks: an assessment of their market size, consumer demographics, ingredient profile, functionality, and regulations in the United States. *Comprehensive reviews in food science and food safety, 9*, 303-317.

*Herbs at a Glance*. (2010). Retrieved from **http://nccam.nih.gov/health/yohimbe**.

14

Hoffman, J., Kang, J., Ratamess, NA, Hoffman, MW, Tranchina, CP, and Faigenbaum, AD. (2009). Examination of a pre-exercise, high energy supplement on exercise performance. *Journal of the International Society of Sports Nutrition, 6*(2), 1-8.

Hoflander, J. (2011). A red bull instead of a cagarette: should the FDA regulate energy drinks? *Valparaiso University Law Review, Winter*.

Kelley, B. a. K., DS. (2008). Alternative medicine and alzheimer's disease. *Neurologist, 14*(5), 299-306.

Liddle, D., Conner, DJ. (2013). Nutritional supplements and ergogenic AIDS. *Primary Care, 40*(2), 487-505.

Magkos, F., Kavouras, SA. (2004). Caffeine and ephedrine: Physiological, metabolic and performance-enhancing effects. *Sports Med, 34*(13), 871-889.

McLellan, T. a. H. L. (2012). Do energy drinks contain active components other than caffeine? *Nutrition Reviews, 70*(12), 730-744.

MedlinePlus. (2013). *5-HTP*. Retrieved from **http://www.nlm.nih.gov/medlineplus/druginfo/natural/794.html**.

Molinari, M., Watt, KD., Kruszyna, T.,Nelson, R., Walsh,M., Huang, WY., Nashan, B., Peltekian, K. (2006). Acute liver failure induced by green tea extracts: case report and review of the literature. *Liver Transpl, 12*(12), 1892-1895.

Parikh, R. (2012). America's energy dependency: will government regulation of caffeine bring the caffeine companies to a crash? *Williams and Mary Business Law Review, 3*, 645-666.

Pennington, N., Johnson, M., Delaney, E., Blankenship, MB. (2010). Energy drinks: a new health hazard for adolescents. *J Sch Nurs, 26*(5), 352-359.

Pomeranz, J., Munsell, CR, and Harris, JL. (2013). Energy drinks: an emerging public health hazard for youth. *Journal of Public Health Policy, 34*, 254-271.

Powers, S., and Howley, ET. (2012). *Exercise Physiology*. New York: McGraw-Hill.

Rath, M. (2012). Energy drinks: what is all the hype? The dangers of energy drink consumption. *J Am Acad Nurse Pract, 24*(2), 70-76.

Reissig, C., Strain, EC, Griffiths, RR. . (2009). Caffeinated energy drinks: a growing problem. *Drug Alcohol Depend, 99*, 1-10.

Sarma, D., Barrett, ML, Chavez, ML, Gardiner, P.,Ko, R., Mahady, GB, Marles, RJ, Pellicore, LS, Giancaspro, Gi, Low Dog, T. (2008). Safety of green tea extracts: a systematic review by the US Pharmacopeia. *Drug Saf, 31*(6), 469-484.

Sattler, F., Schroeder, ET, Dube, MP, Jaque, sV, Martinez, C., Blanche, PJ., Azen, S., Kraus, RM. (2002). metabolic effects of nandrolone decanoate and resistance training in men with HIV. *Am J Physiol Endocrinal Metab, 283*(6), E1214-1222.

Schneider, M. (2013). Energy drinks: exploring concerns about marketing to youth *Senate Committee on Commerce, Science, and Transportation , Testimony*.

Seifert, S., Schaechter, JL, Hershorin, ER, Lipshultz, SE. (2011). Health Effets of ennergy drinks on children, adolescents, and young adults *Pediatrics, 127*, 511-528.

Sepkowitz, K. (2013). Energy Drinks and Caffeine-Related Adverse Effects. *JAMA, 309*(3), 243-244.

Sillivent, J., Blevins, J., Peak, K. . (2012). Energy Drinks: Ergolytic or Ergogenic? *International Journal of Exercise Science, 5*(3), 214-222.

Steinke, L., Lanfear, D.,Dhanapal, V., Kalus, JS. (2009). Effect of "energy drink" consumption on hemodynamic and electrocardiographic parameters in healthy young adults. *Ann Pharmacother, 43*, 596-602.

TherapeuticResearchFaculty. (2011, 09/12/2011). Yohimbe: MedlinePlus Supplements. Retrieved 08/01/2012, 2012

Torpy, J. (2013). Energy Drinks. *JAMA, 309*(3), 297.

Turner, R., Degnan, FH, Archer, DL. (2005). Label Clims for Foods and Supplements: A Review of the Regulations *Nutrition in Clinical Practice, 20*, 21-32.

Vas, A., Gulyas, B. (2005). Eburnamine derivatives and the brain. *Med Res Rev, 25*(6), 737-757.

Vinpocetine. (2013). In N. L. M. Center (Ed.).

Wolk, B., Ganetsky, M., Babu, KM. (2012). Toxicity of energy drinks. *Curr Opin Pediatr, 24*(2), 243-251.

Worthley, M., Prabbu, A, DeSciscio, C, Shultz, C., Sanders, P., Willoughby, SR. (2010). Detrimental effects of energy drink consumption on platelet and endothelial function. *The American Journal of Medicine, 123*, 184-187.

*Yohimbe*. (2011). Retrieved from http:**http://www.mskcc.org/cancer-care/herb/yohimbe**.

**3. Exhibits (attached)**
**4. Qualifications and publications (attached)**
**5. Prior Testimony--**none
**6. Compensation (attached)**
      a. Invoice
      b. Agreement with The Egnnatz Law Firm, P.A.

# Review of Redline*Xtreme*

# April 10, 2014

# 3. Exhibits

Sheri Zidenberg-Cherr, Ph.D.
Nutrition Science Specialist
Chair, Graduate Group in Nutritional Biology
Department of Nutrition
University of California at Davis
Davis, CA  95616



Figure 1: 7-11 Store, Cotati, CA



**Figure 2: Oliver's Market, Cotati, CA**



**Figure 3: Redline*Xtreme* Plaintiff Picture**



**Figure 4: Redline*Xtreme* Font Size**

## 4. Qualifications and Publications

### VITAE
### Sheri Zidenberg-Cherr

<u>Expertise:</u>

Dr. Sheri Zidenberg-Cherr is a UCCE Specialist and Agricultural and Environmental Sciences (AES) scientist and lecturer in the Department of Nutrition at the University of California at Davis. She is recognized throughout the state as a principal source of information on children's nutrition. Based on her success in the development and distribution of the award winning curriculum, "Nutrition to Grow On", the California Department of Education has continued to pursue Dr. Zidenberg-Cherr as a collaborator in several areas of nutrition education research relevant to pre K-12 education. This has allowed the University of California and UCCE to play a crucial role in the development of nutrition education standards for California. Another important aspect of Dr. Zidenberg-Cherr's program is the delivery of science-based nutrition information to the public. This is addressed through the development and delivery of an exhaustive list of fact sheets and newsletters, invited presentations and workshops. Dr. Zidenberg-Cherr has co-authored 79 peer-reviewed publications.

### Professional Positions:

7/92-6/94    Assistant Cooperative Extension Nutrition Specialist and Assistant Research Nutritionist and  Lecturer, Department of Nutrition, University of California at Davis

7/94-6/01    Associate Cooperative Extension Nutrition Specialist and Associate Research Nutritionist and Lecturer, Department of Nutrition, University of California at Davis

7/01-present    Cooperative Extension Nutrition Specialist, and Research Nutritionist and Lecturer, Department of Nutrition, University of California at Davis

6/08-present    Adjunct **Summer** Instructor, Elementary Nutrition (FDNT 10), Nutrition and Consumer Sciences, Santa Rosa Community College, Petaluma, California

10/09-present  Chair, Graduate Group in Nutrition Biology, University of California at Davis

### Teaching Experience:

Instructor of Record, Nutrition 111B (Recommendations and Standards for Human Nutrition), Department of Nutrition, University of California, Davis, 2009-present.

Instructor of Record, Nutrition 190 (Undergraduate Seminar), University of California, 1987-present.

Adjunct Instructor, FDNT 10 (Elementary Nutrition), Department of Consumer and Family Studies, Santa Rosa Junior College, Santa Rosa, California, 2008-present (summer session).

Adjunct Instructor, FDNT 10 (Elementary Nutrition) Department of Consumer and Family Studies, Santa Rosa Junior College, Santa Rosa, California, 1999.

Instructor of Record, Nutrition 114 (Developmental Nutrition), University of California, 1987-1990.

Adjunct Instructor, Biology 398 (General Nutrition), Sonoma State University, Spring 1990.

Adjunct Instructor, Biology 497 (Nutrition and Pregnancy), Sonoma State University, Fall 1990.

Adjunct Instructor, Nutrition 204 (Mineral Metabolism), University of California, Davis 1988, 1989.

Adjunct Instructor, Food Service Production and Control (Nutrition and Disease) Cosumnes City College, Fall, 1989.

Instructor of Record, Nutrition 101 (Introduction to Nutrition and Metabolism), University of California, Davis 1988.

Adjunct Instructor, Food Service Production and Control 59 (Nutrition for Food Service Professionals), Cosumnes City College, Fall, 1988.

Instructor of Record, Nutrition 111 (Human Nutrition) University of California, Davis 1987.

Adjunct Instructor, Home Economics 10 (Nutrition and World Food Needs), Sacramento State University, Sacramento, CA, 9/87-12/87.

Adjunct Instructor, Fine Arts 10 (Basic Nutrition), Solano Jr. College, Suisun, CA, Summer, 1984.

## Editorial Positions:
Executive Editor, Journal of Child Nutrition and Management (2011-2013); Associate Editor (2001-present), California Agriculture; Editor, (1991-present) Nutrition Perspectives

## Service to Profession:
First Five Steering Committee (2007); Reviewer for scientific journals (10 per year); FSNEP Steering Committee (2003-2008); Consultant, Seeds of Change; Newspaper and magazine interviews regarding current nutrition topics (average 10 per year); Co-Director, Center for Nutrition in Schools, Department of Nutrition, UC Davis (2008-present)

## Society Memberships:
American Society for Nutritional Sciences (ASN), Society for Nutrition Education and Behavior (SNEB)

## Honors:
AIN Graduate Student Research Award, 1983, California Nutrition Council, President, 1995, Award of Excellence, National School Public Relations Association, 2001, University of California ANR Distinguished Service Award for Research, 2005, University of California ANR Strategic Initiative Panel (2010-present), University of California Graduate Group in Nutritional Biology, Chair (2009-present), Fellow, Agricultural Sustainability Institute (2012), University of California Mentor Award for Women in Science, 2012

## National Committees:
American Society for Nutritional Sciences (ASN) 2014 Annual conference, Abstract review committee; Society for Nutrition Education and Behavior (SNEB) 2013 Annual Conference, Abstract review committee
American Society for Nutritional Sciences (ASNS) Public Information Committee, 1997-2000
Society for Nutrition Education Briggs Symposium Chair, 2002

## Peer-Reviewed Publications

1. **Zidenberg-Cherr, S**., C. L. Keen, B. Lönnerdal and L. S. Hurley. 1983. Superoxide dismutase activity and lipid peroxidation: Developmental correlations affected by manganese deficiency. Journal of Nutrition 113: 2498-2504.

2. **Zidenberg-Cherr, S**., C. L. Keen, B. Lönnerdal and L. S. Hurley. 1983. Dietary superoxide dismutase does not affect tissue levels. American Journal of Clinical Nutrition 37: 5-7.

3. **Zidenberg-Cherr, S**. 1984. The Effects of Dietary Manganese Deficiency on Superoxide Dismutase Activity, Lipid Peroxidation and Membrane Stability. Ph.D. Dissertation, University of California, Davis, 175 pp.

4. Keen, C. L., B. Lönnerdal, **S. Zidenberg-Cherr** and L. S. Hurley. 1985. Superoxide dismutase, lipid peroxidation, and membrane stability. Nutrition Research. Supplement 1: S564-567.

5. **Zidenberg-Cherr, S**., L. S. Hurley, B. Lönnerdal and C. L. Keen. 1985. Mn deficiency: Effects on susceptibility to ethanol toxicity in rats. Journal of Nutrition 115: 460-467.

6. **Zidenberg-Cherr, S**., C. L. Keen and L. S. Hurley. 1985. The effects of manganese deficiency during prenatal and postnatal development on mitochondrial structure and function in the rat. Biological Trace Element Research 7: 31-48.

7. **Zidenberg-Cherr, S**., C. L. Keen, S. M. Casey and L. S. Hurley. 1985. Developmental changes affected by Mn deficiency: Mn:Superoxide dismutase, CuZn-superoxide dismutase, Mn, Cu, Fe, and Zn in mouse tissues. Biological Trace Element Research 7: 209-222.

8. **Zidenberg-Cherr, S**. and C. L. Keen. 1986. Influence of dietary manganese and vitamin E on adriamycin toxicity in mice. Toxicology Letters 30: 79-87.

9. **Zidenberg-Cherr, S***., N. J. Parks, and C. L. Keen. 1987. Tissue and sub-cellular distribution of bismuth radiotracer in the rat: considerations of cytotoxicity and microdosimetry for bismuth radiopharmaceuticals. Radiation Research 111: 119-129.

10. **Zidenberg-Cherr, S**. and C. L. Keen. 1987. Enhanced tissue lipid peroxidation: a mechanism underlying pathologies associated with dietary manganese deficiency. In: Nutritional Bioavailability of Manganese. Kies, C., Ed., American Chemical Society, Washington, DC, pp. 56-66.

11. Keen, C. L., **S. Zidenberg-Cherr**, and B. Lönnerdal. 1987. Dietary manganese toxicity and deficiency: effects on cellular manganese metabolism. In: Nutritional Bioavailability of Manganese. Kies, C., Ed., American Chemical Society, Washington, DC, pp. 21-34.

12. **Zidenberg-Cherr, S***., P. A. Benak, L. S. Hurley, and C. L. Keen. 1988. Altered mineral metabolism: a mechanism underlying the Fetal Alcohol Syndrome in rats. Drug-Nutrient Interactions 5: 257-274.

13. Dubick, M. A., **S. Zidenberg-Cherr**, R. B. Rucker, and C. L. Keen. 1988. Superoxide dismutase activity in lung from copper- and manganese-deficient mice exposed to ozone. Toxicology Letters 42: 149-157.

14. **Zidenberg-Cherr, S***., J. Rosenbaum, and C. L. Keen.1988. Influence of ethanol consumption on maternal-fetal transfer of zinc in pregnant rats on day 14 of pregnancy. Journal of Nutrition 118: 865-870.

15. **Zidenberg-Cherr, S***., J. Rosenbaum, and C. L. Keen. 1988. Altered mineral metabolism as a mechanism underlying the expression of fetal alcohol syndrome in rats. In: Trace Elements in Man and Animals (TEMA) - 6. Hurley, L. S., Keen, C. L., Lönnerdal, B., and Rucker, R. B., eds. Plenum Publishing Corp., New York, pp. 613-614.

16. **Zidenberg-Cherr, S***., M. S. Clegg, N. J. Parks, and C. L. Keen. 1989. Localization of bismuth radiotracer in rat kidney following exposure to bismuth. Biological Trace Element Research 19: 185-194.

17. **Zidenberg-Cherr, S***., D. Dreith, and C. L. Keen. 1989. Copper status and adriamycin treatment: Effects on antioxidant status in mice. Toxicology Letters 48:201-212.

18. **Zidenberg-Cherr, S**., Perinatal Nutrition. 1989. Book Review, (B.L. Lindblad, ed.), Journal of Nutrition 119: 1747.

19. **Zidenberg-Cherr, S\*.,** C. H. Halsted, K. L. Olin, A. M. Reisenauer, and C. L. Keen. 1990. The effect of chronic alcohol ingestion on free radical defense in the miniature pig. Journal of Nutrition 120: 213-217.

20. Keen, C. L. and **S. Zidenberg-Cherr**. 1990. Manganese. In: Present Knowledge in Nutrition (Brown, M. L., Ed.). International Life Sciences Institute, Nutrition Foundation, Washington, DC, pp. 279-286.

21. **Zidenberg-Cherr, S.** and C. L. Keen. 1991. Trace elements as antioxidants. In: Trace Elements, Micronutrients and Free Radicals. Dreosti, I. E. (ed.), The Humana Press, Inc., pp. 107-127.

22. **Zidenberg-Cherr, S\*.,** K. L. Olin, J. Villanueva, A. Tang, S. D. Phinney, C. H. Halsted, and C. L. Keen. 1991. Ethanol-induced changes in hepatic free radical defense mechanisms and fatty acid composition in the miniature pig. Hepatology 13: 1185-1192.

23. **Zidenberg-Cherr, S\*.,** B. Han, M. A. Dubick, and C. L. Keen. 1991. Influence of dietary induced copper and manganese deficiency on ozone-induced changes in lung and liver antioxidant systems. Toxicology Letters 57: 81-90.

24. Rosenbaum, J. S., **S. Zidenberg-Cherr**, and C. L. Keen. 1991. Influence of copper status on the response to acute ethanol exposure in rats. Alcohol 8: 473-479.

25. Peters, J. M., L. M. Wiley, **S. Zidenberg-Cherr**, and C. L. Keen. 1991. Influence of short-term maternal zinc deficiency on the in vitro development. Proceedings of the Society for Experimental Biology and Medicine 198: 561-568.

26. Peters, J.M., L. M. Wiley, **S. Zidenberg-Cherr**, and C. L. Keen. 1993. Influence of Periconceptional Zinc Deficiency on Embryonic Plasma Membrane Function in Mice. Teratogenesis, Carcinogenesis, and Mutagenesis 13: 15-21.

27. **Zidenberg-Cherr, S.** 1993. A nutritionist uses chemistry. In: General Chemistry (Umland, J.B.), West Educational Publishing. 22pp.

28. Keen, C.L. and **Zidenberg-Cherr, S.,** 1993. "Manganese: Properties and Analysis" in The Encyclopedia of Food Science, Food Technology and Nutrition, ed. R. Macrae, Academic Press, Limited, London, 1993.

29. Keen, C.L. and **Zidenberg-Cherr, S.,** 1993. "Manganese Toxicity in Humans and Experimental Animals" in Manganese in Health and Disease, ed. D.J. Klimis Tavantzis, CRC Press, Inc. Boca Raton, FL., pp. 193-205.

30. Keen, C.L. and **Zidenberg-Cherr, S.,** 1994. Should Vitamin-Mineral Supplements Be Recommended For All Women With Childbearing Potential? American Journal of Clinical Nutrition. 59:532S-9S.

31. Keen, C.L., **Zidenberg-Cherr, S.,** and B. Lonnerdal. 1994. Nutritional and toxicological aspects of manganese intake: An overview. In: Risk Assessment of Essential Elements (W. Mertz, co. O. Abernathy, S.S. Olin, eds.). ILSI Press, Washington, CD, pp. 221-235.

32. **Zidenberg-Cherr, S.** 1994. Lead poisoning continues to pose threat. California Agriculture 48: 8-9 (letter).

33. Peters, J.M., Wiley, L. M., **Zidenberg-Cherr, S.,** and C.L.Keen, 1995. Periconceptional zinc deficiency affects uterine 3H-Estradiol Binding in Mice. Teratogenesis, Carcinogenesis, and Mutagenesis 15: 23-31.

34. **Zidenberg-Cherr, S.** Trace Elements and Free Radicals in Oxidative Diseases 1995. (ed. A.E. Favier, J. Neve, and P. Faure) Book Review Journal of the American Dietetic Association.

35. Neyman, M. R., **S. Zidenberg-Cherr** and McDonald, R., 1995. Nutritional status of elderly participating and not participating in congregate site meal programs. Journal of the American Dietetic Association: 96; 475-483.

36. Keen, C. L. and **Zidenberg-Cherr, S.** 1996. Trace element and vitamin interactions in free radical defense. In: Nutrition in a Sustainable Environment Proceedings of the XV International Congress of Nutrition, Adelaide.

37. Keen, C. L. and **Zidenberg-Cherr, S.** 1996. Manganese. Present Knowledge in Nutrition (eds E.E. Ziegler and C.J. Filer), ILSI Press, Washington, pp 334-343.

38. Hanna, L. A., Peters, J.M., Wiley, L. M., **Zidenberg-Cherr**, S., and Keen, C.L. 1997. An enhancing effect of maternal zinc deficiency and Cs y-irradiation on the frequency of fetal malformations in mice. Teratogenesis, Carcinogenesis, and Mutagenesis 17: 127-137.

39. Keen, C.L., Taubeneck, M. W., **Zidenberg-Cherr**, S., Daston, G.P., and J. M. Rogers.1997. Toxicant exposure and trace element metabolism in pregnancy. Environmental Toxicology and Pharmacology 4: 301-308.

40. Keen, C. L., Ensunsa, J. L., and **Zidenberg-Cherr**, S. 1998. Manganese Physiology, Dietary Sources and Requirements. In: The Encyclopedia of Food Science, Food Technology and Nutrition, (Sadder, M., Caballero, B., Strain, S., eds.). Academic Press, London, pp. 1259-1266.

41. Neyman, M.R., Block, G., Johns, M., Sutherlin, J.M., McDonald, R.B. and **Zidenberg- Cherr**, S*. 1998 Effect of participation on congregate-site meal programs on the dietary intake of Hispanic seniors  Journal of the American Dietetic Association. 98:1460-1462.

42. Neyman, M. R., Block, G., Morris, J. L. and **Zidenberg-Cherr**, S*. 2000.  Nutrition lessons improve Hispanic teenage girls' knowledge. California Agriculture 54: 57-60.

43. Morris, J.L., Briggs, M., and **Zidenberg-Cherr**, S*. 2000. School-based gardens can teach kids healthier eating habits. California Agriculture 54: 40-46.

44. Keen, C.L. and **Zidenberg-Cherr**, S*. 2000. Optimal Nutrition:  What are the best strategies for achieving optimal nutrition? California Agriculture 54: 12-18.

45. **Zidenberg-Cherr**, S., Neyman, M. R., Fechner, K., Sutherlin, J., Johns, M. Lamp, C., Garrett, C. and Keen, C.L. 2000. Nutrition may influence toxicant susceptibility of children and elderly. California Agriculture 54: 19-25.

46. Morris, J.L., Neustadter, A., **Zidenberg-Cherr**, S*. 2001. First-grade gardeners more likely to taste vegetables. California Agriculture 55: 43-46.

47. Morris, J.L. and **Zidenberg-Cherr**, S*. 2001. "Nutrition to Grow On"  A Garden enhanced nutrition education curriculum for elementary school-aged children.  California. Department of Education 2001, Sacramento, CA. pp. 181.

48. Morris, J.L. and **Zidenberg-Cherr**, S*. 2002.Garden-enhanced nutrition curriculum improves fourth-grade school children's knowledge of nutrition and preferences for some vegetables. JADA 102:  24-30.

49. Morris, J.L.,Koumjian, KR., Briggs, M., and **Zidenberg-Cherr**, S*. 2002.Nutrition to Grow On: A garden-enhanced nutrition education curriculum for upper-elementary school children. Journal of Nutrition Education and Behavior 34:175-176; 2002

50. Morris, J.L., Briggs, M. and **S. Zidenberg-Cherr*** 2002.Development and evaluation of a garden-enhanced nutrition education curriculum for elementary school children.  Journal of Child Nutrition and Management Issue 2, 2002.

51. Graham, H., Feenstra, G., Evans, A., and **S. Zidenberg-Cherr***. 2004. Davis school program supports life-long healthy eating habits in children. California Agriculture 58: 200-205.

52. Graham, H., Lane Beal, D., Lussier, M., McLaughlin, P., and **S. Zidenberg-Cherr***. 2005. Use of School Gardens in Academic Instruction. Journal of Nutrition Education and Behavior. 37:147-151.

53. Cesario-Heneman, K., Joy, A.B., **Zidenberg-Cherr**, S., Donohue, S., Garcia, L., Martin, A., Metz, D., Smith, D., West, E., Steinberg, F.M. 2005.  Use of a "Contract for Change" to Evaluate the Effectiveness of Nutrition Education to Increase Fruit and Vegetable Consumption in Low Income Women. Journal of the American Dietetic Association. 105(11): 1793-1796.

54. Graham, H. and **S. Zidenberg-Cherr***. 2005. California Teachers Perceive School Gardens as an Effective Tool to Promote Healthful Eating Habits. Journal of the American Dietetic Association. 105(11): 1793-1796.

55. Keen CL, Ensunsa JL, Lonnerdal B, and **Zidenberg-Cherr** S. 2005 Manganese: Physiology, dietary sources and requirements. In: Encyclopedia of Human Nutrition, 2nd Edition (Caballero, B, Allen L and Prentice A, eds) Elsevier Ltd, Kidlington, Oxford, UK, Vol 1:217-224.

56. Schneider J.M., Fujii M.L., Lamp C.L., Lönnerdal B., Dewey K.G., and **Zidenberg-Cherr S\***. 2005 Anemia, iron deficiency, and iron deficiency anemia among 12- to 36-month old children from low-income families. American Journal of Clinical Nutrition, 82:1269-1275.

57. Heneman, K. and **Zidenberg-Cherr, S\***. 2006 Is Lead Toxicity Still a Risk to U.S. Children? California Agriculture 60: 180-184.

58. Bersamin, A., Luick, B.R., Stern, J.S., **Zidenberg-Cherr, S\***. 2006 Diet quality among Alaska Natives living in the Yukon Kuskokwim River Delta is low. Journal of the American Dietetic Association 106:1055-1063.

59. Kirkpatrick N, Briggs M, and **Zidenberg-Cherr S\***. 2007California teachers support the Nutrition Competencies – New nutrition instruction guidelines. California Agriculture; 61(1): 40-46.

60. Bersamin A, **Zidenberg-Cherr S**, Stern JS, and Luick BR. 2007 Nutrient intakes are associated with adherence to a traditional diet among Yup'ik Eskimos living in remote Alaska native communities: The CANHR Study. Int J Circumpolar Health; 66(1): 62-70.

61. Cena E, Block-Joy A, Heneman K, **Zidenberg-Cherr S\***. 2007. Low-income women in California may be at risk of inadequate folate intake. California Agriculture; 61(2):85-89.

62. Schneider J.M., Fujii M.L., Lamp C.L., Lönnerdal B., and **Zidenberg-Cherr S\***. 2008. Dietary The prevalence of low serum zinc and copper levels nd dietary habits associated with serum zinc and copper in 12- to 36-month-old children from low-icome families at risk for iron deficiency. Journal of the American Dietetic Association, 107(11), 1924-9.

63. Bersamin, A. Luick, BR, King, IB, Stern, J., **S. Zidenberg-Cherr\***. 2008. Westernizing Diets influence fat intake, red blood cell fatty acid     composition, and health in remote Alaska Native Communities in the CANHR Study. Journal of the American Dietetic Association,108 (2), 266-73.

64. Schneider J.M., Fujii M.L., Lamp C.L., Lönnerdal B., Dewey, K.G.,and **Zidenberg-Cherr S\***. 2008. The use of multiple logistic regression to identify risk factors associated with anemia and iron deficiency in a convenience sample of 12-36-month old children from low-income families. American journal of Clinical Nutrition, 87(3), 614-20.

65. Cena, E.R., Joy, A.B., Heneman, K., Espinosa-Hall, G., Garcia, L., Schneider, C., Wooten-Swanson, P., Hudes, M., and **S. Zidenberg-Cherr\***. 2008. Folate intake and food-related behaviors in non-pregnant, low-income women of childbearing age. Journal of the American Dietetic Association. 108 (8), 1364-8.

66. Heneman, K., Junge, S.K., Schneider, C., **Zidenberg-Cherr, S\***. 2008. Pilot Implementation of the Improving Children's Health through Farming, Food, and fitness program in select California schools. Journal of Child Nutrition and Management, 32 (1).

67. Heneman, K., Junge, S.K., **Zidenberg-Cherr, S\***. 2008. Reading Across My Pyramid, a nutrition and health education curriculum, increases the health behavior knowledge of lower elementary students. Journal of Child Nutrition and Management, 32(1).

68. Cena, E.R., Joy, A.B., Heneman, K., Espinosa-Hall, G., Garcia, L., Schneider, C., Wooten-Swanson, P.C., Hudes, M., and **Zidenberg-Cherr, S\***. (2008). Learner-centered nutrition education improves folate intake and food-related behaviors in nonpregnant, low-income women of childbearing age. Journal of the American Dietetic Association, 108(10), 1627-35.

69. Hazzard, E.L., Moreno, E., Beall, D.L., **S. Zidenberg-Cherr\***. 2011. An Evaluation of the California Instructional School Garden Program. Public Health Nutrition Aug 2:1-6.

70. Hazzard, E.L., Moreno, E., Beall, D.L., **S. Zidenberg-Cherr\***. 2011. Best practices models for implementing, sustaining and utilizing instructional school gardens in California. Journal of Nutrition Education and Behavior: 43:409-413.

71. Hazzard, E.L., Moreno, E., Beall, D.L., **S. Zidenberg-Cherr\***. Factors contributing to a school's decision to apply for the California Instructional School Garden Program. Journal of Nutrition Education and Behavior 44:379-83.

72. Hazzard, E.L., Moreno, E., Beall, D.L., **S. Zidenberg-Cherr\***. 2012. Factors contributing to a school's decision to apply for the California Instructional School Garden Program. Journal of Nutrition Education and Behavior 44: 379-83.

73. Scherr, R.E., Cox, R.J., Feenstra, G., and **Zidenberg-Cherr, S**\*. 2013. Integrating local agriculture with nutrition education to improve the health of Californians: Current status of garden-based nutrition education and farm-to-school programs in California schools and after-school programs. *California Agriculture* 67(1):30-37. DOI: 10.3733/ca.v067n01p30.

74. Scherr, R.E., Briggs, M., Reed, H., and **Zidenberg-Cherr, S**\*. 2013. Development and Evaluation of Nutrition Education Competencies and a Competency-Based Resource Guide for Preschool-Aged Children. Journal of Child Nutrition and Management. 35(2) Available at http://www.schoolnutrition.org/Content.aspx?id=16361.

75. Linnell, J, Briggs, M, **S. Zidenberg-Cherr**\*. 2013. Calcium Counts Curriculum Improves Fifth-Graders' Knowledge about Calcium-Rich Foods. Journal of Nutrition Education and Behavior doi:pii: S1499-4046(12)00571-4. 10.1016/j.jneb.2012.08.006. [Epub ahead of print]

76. Bersamin, A., Wolsko, C., Luick, B., Boyer, B., Hopkins, S., Stern, J., **S. Zidenberg-Cherr**\*. 2013. Enculturation, Perceived Stress, and Physical Activity: Implications for Metabolic Risk among the Yup'ik – The Center for Alaska Native Health Research Study. Ethnicity and Health. DOI:10.1080/13557858.2012.758691. http://dx.oi.org/10.1080/13557858.2012.758691.

77. Jones, A.M., Punia, M., Young, S., Huegli, C., **S. Zidenberg-Cherr**\*. 2013. Training Needs of Personnel Employed in Programs Participating in the National School Lunch Program in California. Journal of Child Nutrition and Management. 37(1). Available at http://www.schoolnutrition.org/Content.aspx?id=18831

78. Bergman, J.J., Beall, D.L., Curwood, S., Gray, P. Soiseth, S.,Taylor, R., and **S. Zidenberg-Cherr**\*. *Stepping Up To the Challenge:* The development, implementation, and assessment of a statewide, regional, leadership program for child nutrition directors. Health Promotion and Practice (in press)

79. Jones, A.M. and **S. Zidenberg-Cherr**\*. Exploring nutrition education resources and barriers and nutrition knowledge in teachers in California. Journal of Nutrition Education and Behavior (in press).

\* indicates lead author of correspondence

**Professional Development for School Nutrition Professionals:** (The California Professional Nutrition Education and Training (Cal_Pro_NET) Network: a collaborative effort between the California Department of Education and institutions of higher learning that represent the three public college systems in the state.

## Professional Development Publications for School Nutrition Professionals:

The California Professional Nutrition Education and Training (Cal-Pro-NET) Network is a collaborative effort between the California Department of Education and institutions of higher learning that represent the three public college systems in the state. The UC Davis Center for Nutrition in Schools (http://cns.ucdavis.edu) (Sheri Zidenberg-Cherr, Co-Director) is designated as the Cal-Pro-NET Center representing the University of California system, providing training and resource materials targeted mainly to established Child Nutrition Directors, Nutrition Education Specialists, and school administrators.

### Resources and Curriculum for Educators (Pre-K-Grade 12)

1) *Nutrition Education Competencies Aligned with the California Healthy Education Content Standards.* Briggs, M. and S. Zidenberg-Cherr. Center for Nutrition in Schools and California Department of Education, 2010.

2) *Nutrition Education Competencies for Preschool Children.* Scherr, R., Briggs, M., and S. Zidenberg-Cherr. Center for Nutrition in Schools and California Department of Education, 2010.

3) *Connecting the Dots, Healthy Foods, Healthy Choices, Healthy Kids!! A Preschool Resource Guide for Nutrition Education.* Scherr, R., Briggs, M., and S. Zidenberg-Cherr. Center for Nutrition in Schools and California Department of Education, 2010.

4) *Nutrition to Grow On*, 2nd Edition. Morris, J. and S. Zidenberg-Cherr. Center for Nutrition in Schools and California Department of Education, 2013.

5) *Discovering Healthy Choices, An Inquiry-based Nutrition Science Curriculum.* Linnell, J., Smith, M and S. Zidenberg-Cherr, under review by CDE, September 2013.

## Selected Educational Material

**Nutrition and Health Info Sheets (http://nutrition.ucdavis.edu):** Fact sheets developed for distribution to an audience which includes health professionals, paraprofessionals and lay consumers. These fact sheets were developed to be distributed through county Cooperative Extension offices to an audience, which includes health professionals, paraprofessionals and lay consumers.

> Iron and Iron Deficiency Anemia
> Calcium
> Some Facts About Fiber
> Some Facts About Cholesterol
> Some Facts About Fat
> Calcium and Osteoporosis
> St Johns Wort
> Ephedrine-containing Alkaloids
> General Nutrition and Health Guidelines
> Soy
> Research Outcomes on Low Carbohydrate Diets
> Nutrition During the Lifecycle
> Mealtime and Snacktime Ideas for Children
> Nutrition Y Plomo
> Nutrition and Lead
> Introducing Solid Foods to Infants
> Weaning the Breast-Fed Baby
> Vegetarian Diets
> Vegetarian Diets for Children
> Omega 3 Fatty Acids
> Some Facts About Phytochemicals
> Some Facts About Catechins
> Trans Fats and Coronary Heart Disease
> Some Facts About Flavonols
> **Energy Drinks**

**School Nutrition Bites (http://cns.ucdavis.edu):** Fact sheets developed through the Center for Nutrition in Schools for distribution to school-aged children and their families.
> **Energy Drinks**
> Reading Food Labels
> Foods That Come From Plants

**Nutrition Perspectives, Editor (http://nutrition.ucdavis.edu)**

A newsletter is designed to provide research-based information on current nutrition and health issues. **"Feeling Fine Online" (http://nutrition.ucdavis.edu)** Research-based information is made available by means of brief video presentations that can be viewed online.
**Center for Health and Nutrition Research (http://chnr.ucdavis.edu/):** Up-to-date material for health professionals and the general public regarding current issues and controversies in general nutrition and health and phytochemical research.

## Workshops, Conferences, Presentations (since 2008)

1.  Presentation, Teacher Training, Center for Nutrition in Schools, "Nutrition Science Update" October16, 2008.

2.  Moderator, ANR Statewide Conference "Human Health and the Agriculture System: What is the Connection" April 29, 2009 Sacramento, CA.

3.  Presentation, "Overview of garden/nutrition programs: potential impacts on health" ANR Statewide Conference April 29, 2009 Sacramento, CA.

4.  Teacher Training. The Centerpiece for a Healthy School Environment "Current Nutrition Issues", California Department of Education and the Agricultural and Sustainability Institute, March 23, 2009.

5.  Invited Presentation, "Garden based nutrition education research" Network for a Healthy California Network Steering Committee Meeting, May 6, 2009 Sacramento, CA.

6.  Invited Presentation. ANR Academic Program Review, Presentation at site visit, "Case Study on Nutrition and Obesity: School-Based Nutrition Education" February 9, 2009, UC Davis, Davis, CA.

7.  Invited Presentation, Dietary Fiber: New Facts and New Foods, University of California, Cooperative Extension, Redding, CA October 5, 2009.

8.  Invited Presentation, Dietary Fiber: New Facts and New Foods, University of California, Cooperative Extension, Solano County, Fairfield CA June5, 2009.

9.  Presentation, Healthy Families and Communities Strategic Issue Plan: Promoting Healthy Behaviors for Childhood Obesity Prevention. Healthy Families and Communities Strategic Initiative Conference, August 24-26, 2010.

10. Invited Presentation "Linking county Nutrition Education Programs to Campuses through Graduate Student Collaborations" Moving Forward...Achieving Excellence in UCCE Nutrition Education Programs. Davis, CA September 13, 2010.

11. Invited Presentation, Dietary Fiber: New Facts and New Foods, University of California, Cooperative Extension, Shasta and Trinity Counties, Redding, CA October 5, 2010.

12. Chairperson, EHPC2010 International Workshop on Environmental Health and Pollution Control, Nanjing University, Nanjing, China October 18, 2010.

13. Invited Presentation, EHPC2010 International Workshop on Environmental Health and Pollution Control, Nanjing University, Nanjing, China October 9, 2010 "Nutrition may influence response to toxicants".

14. Invited Presentation, Dietary Fiber: New Facts and New Foods, University of California, Cooperative Extension, San Diego County, San Diego, CA December 6, 2010.

15. Invited Presentation, Dietary Fiber: New Facts and New Foods, University of California, Cooperative Extension, San Diego County, San Marcos, CA December 7, 2010.

16. Training for UC FSNEP and EFNEP, "Connecting the Dots Resource Guide", Onward Towards Excellence, UC-FSNEP and EFNEP Statewide Conference, Burlingame, CA December 7, 2010.

17. Invited Presentation "Current Nutrition Issues" Onward Towards Excellence, UC-FSNEP and EFNEP Statewide Conference, Burlingame, CA December 8, 2010.

18. Orientation, "Welcoming New Graduate Students to GGNB" UC Davis, Davis, CA September 26, 2009.

19. Invited Seminar and Discussion, "Surviving Graduate School" GGNB Seminar, UC Davis, Davis, CA February 2010.

20. Orientation, "Welcoming New Graduate Students to GGNB" UC Davis, Davis, CA September 27, 2010.

21. Invited Seminar and Discussion, ,"GGNB Cliffs Notes" GGNB Seminar, UC Davis, Davis, CA November 29, 2010.

22. Orientation, "Welcoming New Graduate Students to GGNB" UC Davis, Davis, CA September 25, 2012, Other, 2010.

23. Invited Presentation, "Nutrition Education and Community Development" Lynda Resnick, Roll International, Robert Mondavi Institute for Wine and Food Science, UC Davis, CA May 16, 2011.

24. Invited Presentation, "A Multi-Component, School-Based Approach to Supporting Regional Agriculture, Promoting Healthy Behaviors, & Reducing Childhood Obesity" HFC Research Roundtable, ANR Conference, UC Davis, May 18, 2011.

25. Invited Seminar and Discussion, "GGNB Cliffs Notes" GGNB Seminar, UC Davis, Davis, CA January 9, Other, 2012.

26. Invited Presentation, "Current Nutrition Issues: Follow the Science" UC-FSNEP and EFNEP Training, December 12, 2011, Burlingame, CA.

27. Invited Seminar and Discussion, ,"GGNB Cliffs Notes" GGNB Seminar, UC Davis, Davis, CA January 9, 2012.

28. Invited Presentation, "Controversial Issues in Nutrition" UCCE Tulare County, January 11, 2012.

29. Invited Presentation, "Current Recommendations to Reduce Chronic Disease" UCCE Tulare County, January 11, 2012.

30. Invited Presentation, "A Multi-Component, School-Based Approach to Supporting Regional Agriculture, Promoting Healthy Behaviors, and Reducing Childhood Obesity: The Shaping Healthy Choices Program" ANR Conference, UC Davis, Davis, CA February 7, 2012.

31. Invited Presentation, School Gardening and Nutrition Education" Workshop on Advances in Agriculture and Nutrition for the Princess of Thailand UC Davis, May 14 , 2012.

32. Invited Presentation, "Fact and Fiction in Nutrition and Agriculture" Obesity and Nutrition in a Changing World Symposium, KHS 199 California State University Fullerton, September 23, 2012.

33. Invited Presentation, "Improving Children's Nutrition and Health through    School-Based Agriculture Programs" Obesity and Nutrition in a Changing World Symposium, KHS 199 California State University Fullerton, September 23, 2012.

34. Invited Presentation, "Food as Medicine", UCCE Contra Costa County Master Gardeners, Brentwood, CA January 26, 2013.

35. Invited Presentation, "Results of a nutrition study in three California school districts" California Food and Agriculture Review, Agriculture Sustainability Institute, UC Davis, June 27, 2013.

36. Invited Presentation, "Classroom Connections" Northern California Farm to School Conference, Merced, CA November 20, 2013.

36. Invited Presentation, "Current Issues in Nutrition" EFNEP-UC Cal Fresh Joint Statewide Training, January 16, 2014.

S. Zidenberg-Cherr

4. Qualifications