```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 12-62086-CIV-ZLOCH
```

ADAM MIRABELLA & KRISTEN
ARRENDELL,

    Plaintiffs,

vs.

                                                  **O R D E R**

VITAL PHARMACEUTICALS, INC.,

    Defendant.

_____/

    THIS MATTER is before the Court upon Plaintiffs' Motion To Compel And To Overrule Defendant's Objections To Plaintiffs' Notice Of Rule 30(B)(6) Deposition And Request For Production (DE 38), Defendant's Response In Opposition To Plaintiffs' Motion To Compel And To Overrule Defendant's Objections To Plaintiffs' Notice Of Rule 30(B)(6) Deposition And Request For Production (DE 43), Plaintiffs' Motion For Protective Order To Preserve Evidence (DE 44), Defendant's Response In Opposition To Plaintiffs' Motion For Protective Order To Preserve Evidence (DE 58), Plaintiffs' Motion For Leave To Serve Supplemental Interrogatories (DE 46), and Defendant's Response In Opposition To Plaintiffs' Motion For Leave To Serve Supplemental Interrogatories (DE 57).  The Court has carefully reviewed said Motions, the entire court file and is otherwise fully advised in the premises.

    The Court notes that the instant Motions were filed contemplating class certification, which has been denied by the Court due to a lack of ascertainability of the class.  See DE 136.

The same will therefore be denied without prejudice with leave to refile in light of the Court's ruling (DE 136).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Motion To Compel And To Overrule Defendant's Objections To Plaintiffs' Notice Of Rule 30(B)(6) Deposition And Request For Production (DE 38), Plaintiffs' Motion For Protective Order To Preserve Evidence (DE 44), and Plaintiffs' Motion For Leave To Serve Supplemental Interrogatories (DE 46) be and the same are hereby **DENIED** without prejudice, with leave to refile in light of the Court's prior Order (DE 136).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____4th____ day of March, 2015.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies Furnished:

All Counsel of Record